UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.

ANGOLA SHIPPING LTD.,
BAHAMAS

00-6101

Plaintiff,

vs.

-ZLOCH

M/V *SUN ECLIPSE*. its engines,
tackle and appurtenances, in rem,

MAGISTRATE JUDGE
SELTZER

Defendants.
_____/

**VERIFIED COMPLAINT IN ADMIRALTY, IN REM, PURSUANT TO RULE 9(H)**

Plaintiff ANGOLA SHIPPING, LTD.,BAHAMAS, By and through the undersigned attorneys, sues the motor vessel *SUN ECLIPSE*, its engines, tackle and appurtenances, in rem, for collision damage and states as follows:

1. This is an admiralty and maritime claim within the jurisdiction of this Court and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. The *SUN ECLIPSE* is a motor vessel registered under the laws of the Bahamas and is now or will be during the pendency of this action located within this District and within the jurisdiction of this Court.

3. Venue lies within the Southern District of Florida under the provisions of 28 U.S.C. 1391, 46 U.S.C. 31321 et. seq. and the general maritime law.

4. On or about January 14, 2000 at 1412 hours the vessel *ANGOLA* was lying safely fast, starboard side alongside at terminal No. 32 at Port Everglades, Florida.

5.      At or about that time and place, the M/V *SUN ECLIPSE* was moving under pilotage, with assistance of harbor tugs.

6.      While the M/V *SUN ECLIPSE* was maneuvering it made contact with the portside of the M/V *ANGOLA* destroying the number one crane cab and damaging the portside shell plating, weatherdeck guardrails and stanchions.

7.      Plaintiff, ANGOLA SHIPPING LTD., BAHAMAS, asserts a maritime lien for collision damages.

WHEREFORE, the Plaintiff ANGOLA SHIPPING LTD., BAHAMAS prays that:

(a)     Process in due form of law, according to the practice of this Court, issue against the motor vessel *SUN ECLIPSE*, its engines, tackle and appurtenances and that any person, firm or corporation claiming any interest in said vessel be cited to appear and answer this Complaint;

(b)     The maritime lien for collision damage be declared valid and sustaining an interest in favor of Plaintiff ANGOLA in the motor vessel M/V *SUN ECLIPSE* in a principal amount to be set by this Court, together with interest continuing to accrue thereon, plus costs, and to be superior to the interests, liens, claims or mortgages of any and all persons, firms or corporations whatsoever;

(c)     This Court direct the manner in which the actual notice of the commencement of this suit shall be given by Plaintiff to the master, or other ranking officer or caretaker of said M/V *SUN ECLIPSE* and any other persons, firms or corporations having any interest therein or having filed any mortgages or notices of liens against the said vessel;

(d)     A judgment in a principal amount to be set by this Court, together with interest continuing to accrue thereon, plus costs be entered in Plaintiff's favor against the motor vessel *SUN ECLIPSE*.

(e)     That said M/V *SUN ECLIPSE*, its engines, tackle, and appurtenances be arrested,

condemned and sold by the United States Marshal of this District under the decree of this Court and the proceeds realized to be paid over to the Plaintiff to satisfy said judgment or any portion thereof;

(f)   Plaintiff have such other and further relief as may be deemed proper and equitable under the circumstances.

DATED this 21st day of January, 2000.

Respectfully submitted,

MICHAEL G. GUILFORD
Florida Bar No. 516066
8603 S. Dixie Highway
Suite 315
Miami, FL   33143-7807
Telephone:   305-688-9866
Attorney for PLAINTIFF

# 00-6101 CIVIL COVER SHEET   CIV-ZLOCH

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
ANGOLA SHIPPING LTD., BAHAMAS

**DEFENDANTS**
M/V SUN ECLIPSE, in rem

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Michael G. Guilford, Esq.    Tel: 305-688-9866
8603 S. Dixie Highway, Suite 315
Miami, Florida 33143-7807

**ATTORNEYS (IF KNOWN)**
Allen Kelley, Esq.    Tel: 305-789-9200
Fowler, White, et al.
100 SE 2nd Street, Floor 17, Miami, Florida 33131

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
DADE, MONROE, **(BROWARD)**, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X ONE BOX ONLY)
- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated of Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☒ 6 | ☒ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Admiralty & Maritime claim, Rule 9(h)

**IVa.** __2__ days estimated (for both sides) to try entire case

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reappointment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 362 Personal Injury-Med Malpractice | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 365 Personal Injury-Product Liability | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☒ 340 Marine | ☐ 368 Asbestos Personnel Injury Product Liability | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) B | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending B | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12USC3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personnel Property Damage | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment | Habeas Corpus | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General * | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other * | | ☐ 890 Other Statutory Actions * |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights * A or B | | * A or B |

(Labor column:)
☐ 710 Fair Labor Standards Act
☐ 720 Labor Management Relations B
☐ 730 Labor Management Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Employee Ret. Inc. Security Act B

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- ☒ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Refiled
- ☐ 5. Transferred from another district (Specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A ☐ UNDER F.R.C.P. 23
CLASS ACTION
DEMAND $ $250,000
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 21 Jan 2000
SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
S/F 1-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. 518360
Date Paid: 1/21/00
Amount: 150.00
M/ifp: _____