UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

00-6101



ANGOLA SHIPPING LTD.,
BAHAMAS

        Plaintiff,

vs.

M/V *SUN ECLIPSE,* its engines,
tackle and appurtenances, <u>in rem</u>,

        Defendants.
_____/

## EMERGENCY MOTION FOR ISSUANCE OF WARRANT OF ARREST AND CERTIFICATE OF EXIGENT CIRCUMSTANCES

COMES NOW, the Plaintiff ANGOLA SHIPPING LTD, BAHAMAS, by and through its undersigned counsel and files this its Emergency Motion for Issuance of Warrant of Arrest and Certificate of Exigent Circumstances:

1. On or about January 14, 2000, the motor vessel *SUN ECLIPSE* collided with the motor vessel *ANGOLA* causing extensive damage to the vessel *ANGOLA* and its crane.

2. The motor vessel *SUN ECLIPSE* left the jurisdiction of this Court on January 15, 2000.

3. On information and belief the motor vessel *SUN ECLIPSE* will be arriving within the jurisdiction of this Court at approximately 12:00 noon on Friday, January 21, 2000 and will be leaving the jurisdiction again on January 22, 2000.

4. The undersigned has been unable to ascertain whether the vessel will ever return to



Case No.

the jurisdiction.

5. The owners of the *SUN ECLIPSE*, on information and belief, are Bahamian entities not otherwise subject to the jurisdiction of this Court.

WHEREFORE, Plaintiff prays that it be allowed to walk the arrest papers through and that this Court immediately issue its Warrant of Arrest.

DATED this 21st day of January, 2000.

Respectfully submitted,

MICHAEL GUILFORD
Florida Bar No. 516066
8603 S. Dixie Highway
Suite 315
Miami, FL   33143-7807
Telephone:   305-688-9866
Attorney for PLAINTIFF