UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.

**00-6101
CIV-ZLOCH**

MAGISTRATE JUDGE
SELTZER

ANGOLA SHIPPING LTD.,
BAHAMAS

    Plaintiff,

vs.

M/V *SUN ECLIPSE*, its engines,
tackle and appurtenances, in rem,

    Defendants.
_____/

STATE OF FLORIDA  )
                   )SS.
COUNTY OF DADE  )

### VERIFICATION

BEFORE ME, the undersigned authority, personally appeared MICHAEL GUILFORD, who, being duly sworn and deposed, says he is the attorney for ANGOLA SHIPPING, LTD., BAHAMAS, the Plaintiff herein; that he has read the foregoing Complaint and the allegations contained therein are true and correct to the best of his personal knowledge, information and belief or knowledge, information and belief acquired by him in the ordinary course of business; that this verification has not been made by because time is of the essence and ANGOLA SHIPPING LTD., BAHAMAS is not within the District; that the source of his knowledge and belief is information



CASE NO.

provided by ANGOLA SHIPPING LTD., BAHAMAS; and that he is authorized to sign this verified complaint on behalf of ANGOLA SHIPPING LTD., BAHAMAS.

_____
MICHAEL GUILFORD

The foregoing instrument was acknowledged before me by MICHAEL GUILFORD who is personally known to me and did take an oath.

IN TESTIMONY WHEREOF, I have hereto set my hand and seal this 21st day of January, 2000.

_____
Notary Public
State of Florida, at Large

My commission expires:

OFFICIAL NOTARY SEAL
DOREEN A CAHILL
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC895307
MY COMMISSION EXP. JAN. 6, 2004