UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 00-6101

ANGOLA SHIPPING LTD.,
BAHAMAS

   Plaintiff,

vs.

M/V *SUN ECLIPSE*, its engines,
tackle and appurtenances, <u>in rem</u>,

   Defendants.
_____/

### CONSENT AND INDEMNIFICATION AGREEMENT
### FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN

  The Plaintiff, ANGOLA SHIPPING LTD., BAHAMAS, by and through its undersigned counsel, and G. Robert Toney & Associates, Inc. d/b/a/ National Liquidators, the proposed Substitute Custodian, hereby expressly release the United States Marshal for this District and the United States Marshal's Service from any and all liability and responsibility for the care and custody of the M/V *SUN ECLIPSE* while in the custody of the substitute custodian National Liquidators.

  The substitute custodian, National Liquidators, has in place appropriate insurance coverage in place. Plaintiff and National Liquidators also expressly agree to hold the United States Marshal for this District and the United States Marshal's Service harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

CASE NO.

As counsel of record in this action, the undersigned attorney represents that he has been expressly authorized by the Plaintiff to sign this Consent and Indemnification Agreement for and on behalf of the Plaintiff.

SIGNED this 21st day of January, 2000, at Fort Lauderdale, Broward County, Florida.

MICHAEL G. GUILFORD
Florida Bar No. 516066
8603 S. Dixie Highway
Suite 315
Miami, FL 33143-7807
Telephone: 305-688-9866

G. ROBERT TONEY
National Liquidators
1915 S.W. 21st Avenue
Fort Lauderdale, Florida 33312
Telephone: 954-791-9601

STATE OF FLORIDA )
) SS:
COUNTY OF BROWARD )

The foregoing instrument was acknowledged before me this 21st day of January, 2000 by G. Robert Toney, who is personally known to me and did take an oath.

IN TESTIMONY WHEREOF, I have hereto set my hand and seal this 21st day of January, 2000.

NOTARY PUBLIC
State of Florida at Large

My commission expires:

CONRAD R. BARLOW
MY COMMISSION # CC 630005
EXPIRES: March 16, 2001
Bonded Thru Notary Public Underwriters