UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 00-6101

ANGOLA SHIPPING LTD.,
BAHAMAS

          Plaintiff,

vs.

M/V *SUN ECLIPSE,* its engines,
tackle and appurtenances, in rem,

          Defendants.
_____/

**MOTION FOR ORDER DIRECTING ISSUANCE OF WARRANT OF ARREST**

The Plaintiff ANGOLA SHIPPING LTD., BAHAMAS, by and through its undersigned counsel, moves this Court for an Order Directing Issuance of a Warrant of Arrest pursuant to Supplemental Admiralty Rule C of the Federal Rules of Civil Procedure. This Motion is based upon the Complaint filed herein.

The Verified Complaint sets forth a claim for enforcement of a maritime lien for collision damage against the motor vessel *SUN ECLIPSE,* in rem, Inasmuch as Plaintiff has set forth therein a prima facie showing that an action in rem exists, in that said Defendants are indebted to Plaintiff as set forth in the Verified Complaint for damages resulting from a collision caused by the M/V *SUN ECLIPSE,* that said action supports a Warrant of Arrest of the motor vessel *SUN ECLIPSE* and said motor vessel is currently within the District, Plaintiff respectfully requests that the Court grant its



Motion for Order of Issuance of a Warrant of Arrest of the motor vessel *SUN ECLIPSE*.

DATED this 21st day of January, 2000.

                                                Respectfully submitted,

                                          MICHAEL G. GUILFORD
                                          Florida Bar No. 516066
                                          8603 S. Dixie Highway
                                          Suite 315
                                          Miami, FL  33143-7807
                                          Telephone:  305-688-9866
                                          Attorney for PLAINTIFF