UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 00-6101

ANGOLA SHIPPING LTD.,
BAHAMAS

      Plaintiff,

vs.

M/V *SUN ECLIPSE*, its engines,
tackle and appurtenances, in rem,

      Defendants.
_____/

MAGISTRATE JUDGE SELTZER

## MOTION REQUESTING THE COURT TO AUTHORIZE SERVICE OF PROCESS AT ANY TIME WITH SUPPORTING AFFIDAVIT

COMES NOW, the Plaintiff ANGOLA SHIPPING LTD, BAHAMAS by and through its undersigned attorneys, and requests the Court to permit service of the Warrant of Arrest at any time and in support of this request attaches the Affidavit of Michael Guilford, Esquire.

DATED this 21st day of January, 2000.

                        Respectfully submitted,

                        MICHAEL G. GUILFORD
                        Florida Bar No. 516066
                        8603 S. Dixie Highway
                        Suite 315
                        Miami, FL   33143-7807
                        Telephone:  305-688-9866
                        Attorney for PLAINTIFF