UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 00-6101-CIV-ZLOCH

MAGISTRATE JUDGE SELTZER

ANGOLA SHIPPING LTD.,
BAHAMAS

    Plaintiff,

vs.

M/V *SUN ECLIPSE*, its engines,
tackle and appurtenances, in rem,

    Defendants.
_____/

### AFFIDAVIT OF MICHAEL GUILFORD IN SUPPORT OF MOTION REQUESTING SERVICE OF PROCESS AT ANY TIME

STATE OF FLORIDA    )
                              ) SS
COUNTY OF MIAMI-DADE  )

    BEFORE ME personally appeared MICHAEL GUILFORD who after being duly sworn, deposes and says:

    1.    I am the attorney of record for ANGOLA SHIPPING LTD. BAHAMAS and make this affidavit on personal knowledge.

    2.    On or about January 14, 2000, the motor vessel *SUN ECLIPSE* collided with the motor vessel *ANGOLA* causing extensive damage to the vessel *ANGOLA* and its crane.

    3.    The motor vessel *SUN ECLIPSE* left the jurisdiction of this Court on January 15, 2000.

Case No.

4. On information and belief the motor vessel *SUN ECLIPSE* will be arriving within the jurisdiction of this Court at approximately 12:00 noon on Friday, January 21, 2000 and will be leaving the jurisdiction again on January 22, 2000.

5. The undersigned has been unable to ascertain whether the vessel will ever return to the jurisdiction.

6. The owners of the *SUN ECLIPSE*, on information and belief, are Bahamian entities not otherwise subject to the jurisdiction of this Court.

FURTHER AFFIANT SAYETH NAUGHT.



MICHAEL GUILFORD
Affiant

Sworn to and subscribed before me by Michael Guilford who is personally known to me this the 21st of day of January, 2000.

Doreen A. Cahill
NOTARY PUBLIC, State of Florida

My commission expires

OFFICIAL NOTARY SEAL
DOREEN A CAHILL
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC695307
MY COMMISSION EXP. JAN. 6,2004