UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6101-CIV-ZLOCH

ANGOLA SHIPPING LTD., BAHAMAS,

    Plaintiff,

vs.

M/V SUN ECLIPSE, its engines,
tackle and appurtenances,
in rem,

    Defendant.
_____/



FILED by _____ D.C.

JAN 21 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## WARRANT OF ARREST IN REM

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  THE MARSHAL OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF FLORIDA, GREETING:

WHEREAS, on the 21TH day of January, 2000, the Plaintiff, Angola Shipping Ltd., Bahamas, filed a Verified Complaint in Admiralty against the vessel *M/V SUN ECLIPSE*, its engines, tackle, and appurtenances, in rem, for the reasons mentioned in said Verified Complaint.

NOW, THEREFORE, you are hereby commanded to take into your possession the above named *M/V SUN ECLIPSE* (Bahama Flag No. 732699), its engines, tackle, and appurtenances, and to detain the same in your custody until further Order of this Court to answer said Complaint;

YOU ARE HEREBY further commanded forthwith to cite and admonish the Defendant to interpose in writing a claim, by attorney or in proper person, at the Clerk's Office in said District within ten (10) days after this service, and therewith or thereafter a responsive pleading to the Verified Complaint filed herein within

twenty (20) days following such claim or thirty (30) days after this service, whichever is less, a copy of which Complaint you shall serve upon the Defendant with this Writ directing the Defendant to serve a copy of its claims and of its responsive pleadings upon the Plaintiff's attorney, Michael G. Guilford, Esquire, 8603 S. Dixie Highway, Suite 315, Miami, Florida 33143-7807.

AND HOW you shall have executed this Writ, make known to this Court with your certificate of execution thereof written.

WITNESS THE HONORABLE JUDGE OF SAID COURT

CLARENCE MADDOX, Clerk
United States District Court
Southern District of Florida

By_____
                    Deputy Clerk

Copies furnished:

Michael G. Guilford, Esq.
For Plaintiff

United States Marshals Service
(4 certified copies)

Defendant (Plaintiff to provide)

ORDER: Warrant to issue for delivery to U.S. Marshal not later then Noon of next business day following issuance.
☐ Not to be executed on legal holiday, weekend or after Noon of date preceding same.
☒ May be executed anytime or day.

_____
U.S. DISTRICT JUDGE