IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION

CASE NO. 00-6101-CIV-ZLOCH

ANGOLA SHIPPING LTD., BAHAMAS,

    Plaintiff,

v.

M/V "SUN ECLIPSE, its engines, tackle,
boilers, apparel, appurtenances, etc., *in rem*,

    Defendant.

**STIPULATION FOR
RELEASE OF VESSEL**



THE PARTIES, by and through their undersigned counsel, having reached an agreement, more specifically stated in the attached Letter of Undertaking dated January 21, 2000, hereby request the Court to enter its Order Releasing the M/V "SUN ECLIPSE".

Dated this 26th day of January, 2000.

_For Guilford as per fax_
Michael Guilford, Esq.
Attorney for Plaintiff
8603 South Dixie Highway
Suite 316
Miami, Florida 33143-7807
Tel: 305-668-3226
Tel: 305-668-9866

_Allan R. Kelley_
Allan R. Kelley, Esq.
FOWLER, WHITE, BURNETT, HURLEY,
BANICK & STRICKROOT, P.A.
Attorneys for Defendant
100 S.E. Second Street, 18th Floor
Miami, Florida 33131-1101
Tel: 305-789-9208
Tel: 305-789-9201

[nbs] W:\53082\STIPUL81 ARK{1/25/0-14:11}