UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

Case Number: <u>00-6101-civ-Zloch</u>

**WRIT OF RESTITUTION IN CAUSE PENDING**

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Southern District of Florida, GREETINGS:

WHEREAS, in a certain cause moved and prosecuted in the United States District Court for the Southern District of Florida, on

behalf of <u>Angola Shipping Ltd., Bahamas</u>

AGAINST <u>M/V Sun Eclipse</u>
a claim has been interposed by _____
and a stipulation filed by <u>Angola Shipping LTD, & M/V Sun Eclipse</u>
for the restitution of said <u>M/V Sun Eclipse</u>
now in your custody under a Writ of Attachment heretofore issued in said cause,

YOU ARE THEREFORE, By these presents authorized to and empowered to relinquish the said <u>M/V Sun Eclipse</u> from said attachment, and to deliver the possession thereof the said from whom seized upon receiving in your hand the sum of your expenses incurred in the care and custody of the same.

HEREOF, fail not; and how you have execute this writ make known by your return hereof endorsed.

WITNESS, the Honorable
<u>William J. Zloch</u>
Judge of said Court, and the seal thereof, at Fort Lauderdale, in said District, on this day, January 26, 2000

CLARENCE MADDOX, Clerk

by _____
    Deputy Clerk



**United States Department of Justice**

**United States Marshal**
Southern District of Florida
Miami, Florida 33101

January 26 _____ 2000

TO:   Clerk, U. S. District Court

FROM: U. S. Marshals Office
      Ft. Lauderdale, FL

Insofar as this office is concerned, all costs in re: __M/V Sun Eclipse_____, for dockage, etc., have been paid for in the case of: Court No. __00-6101-CIV-ZLOCH__

__Angola Shipping, LTD_____   vs   __M/V Sun Eclipse_____

Upon receipt of a proper Writ of Restitution in this case, the above named vessel will be released by this office.

UNITED STATES MARSHAL

By: _Connie Maki_ (signature)