

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

ANGOLA SHIPPING LTD., BAHAMAS,

    Plaintiff,

v.

M/V ""SUN ECLIPSE,"" its engines, tackle, appurtenances, etc., in rem,

    Defendant.

CASE NO. 00-6101-Civ-Zloch

## CLAIM OF OWNER

COMES NOW the Claimant/Owner, Island Reef Holdings Limited, by and through its undersigned counsel, pursuant to Rules C(6) and E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and hereby states that it was at the time of the filing of the Complaint herein and is now the true and bona fide owner of the M/V "SUN ECLIPSE," has the right to defend said vessel in this action. This is a restricted appearance for the sole purpose of defending the claim against the vessel and does not constitute an appearance for the purpose of any other claim with respect to which process is not available or has

CASE NO. 00-6101-Civ-Zloch

not been served.

Respectfully submitted,

*[signature]*
Allan R. Kelley
Fla. Bar No. 309893

FOWLER, WHITE, BURNETT, HURLEY,
 BANICK & STRICKROOT, P.A.
NationsBank Tower, 17th Floor
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

## **VERIFICATION**

I, ALLAN R. KELLEY, a member of the law firm of FOWLER, WHITE, BURNETT, HURLEY, BANICK & STRICKROOT, P.A., and duly authorized to file this Claim of Owner on behalf of the Claimant/Owner, Island Reef Holdings Limited. I have read the foregoing Claim of Owner and the contents thereof are true and correct to the best of my information and belief which information and belief is based upon information provided to me via telephone by the owners and representatives of their owners in Europe. I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
Allan R. Kelley

Dated this 4th day of February, 2000.

-2-

CASE NO. 00-6101-Civ-Zloch

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 4th day of February, 2000 to Michael F. Guilford, Esq., Michael Guilford, P.A., 8603 South Dixie Highway, Suite 315, Coral Gables, FL 33143-7807.

By: _____
Allan R. Kelley

{nbs} W:\53082\FORM1069.ARK {2/4/0-9:8}

-3-