BY _____

00 FEB 25 PM 12: 49

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

---

ANGOLA SHIPPING LTD., BAHAMAS,

    Plaintiff,

v.

M/V ""SUN ECLIPSE,"" its engines, tackle, appurtenances, etc., in rem,

    Defendant.

CASE NO. 00-6101-Civ-Zloch

## MOTION FOR EXTENSION OF TIME

COMES NOW the Claimant/Owner, Island Reef Holdings Limited, by and through its undersigned counsel, and moves this honorable Court for an extension of time within which to respond to the Plaintiff's Complaint of up to and including March 30, 2000, and as grounds therefor states:

The parties to this action and a third potential party to this action are currently engaged in the exchange of information and documentation with which to attempt to amicably resolve this matter. The parties have agreed that it would be in the best interests of the parties, the Court and judicial economy to grant the Claimant/Owner an extension of time of up to and including March 30, 2000 within which to respond to the Complaint while the parties continue the settlement discussions. If the parties are not able to reach an agreement, the Claimant/Owner will file the appropriate response to the Complaint and Third Party Complaint against the prospective third parties.

FOWLER, WHITE, BURNETT, HURLEY, BANICK & STRICKROOT, P.A. • 100 SOUTHEAST SECOND STREET, SEVENTEENTH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200

CASE NO. 00-6101-Civ-Zloch

The undersigned counsel certifies that he conferred with Plaintiff's counsel regarding this Motion for Extension of Time and that Plaintiff's counsel is in agreement with same.

WHEREFORE, the Claimant/Owner prays that its Motion for Extension of Time be granted; that the Claimant/Owner be granted an extension of up to and including March 30, 2000 within which to respond to the Plaintiff's Complaint; and for such other and further relief deemed just and proper under the circumstances.

Respectfully submitted,

*[signature]*
Allan R. Kelley
Fla. Bar No. 309893

FOWLER, WHITE, BURNETT, HURLEY,
 BANICK & STRICKROOT, P.A.
NationsBank Tower, 17th Floor
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 24th day of February, 2000 to Michael F. Guilford, Esq., Michael Guilford, P.A., 8603 South Dixie Highway, Suite 315, Coral Gables, FL 33143-7807.

By: *[signature]*
    Allan R. Kelley

[nbs] W:\53082\MOTEXT84.ARK{2/24/0-14:48}

-2-

FOWLER, WHITE, BURNETT, HURLEY, BANICK & STRICKROOT, P.A. • 100 SOUTHEAST SECOND STREET, SEVENTEENTH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200