UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6101-CIV-ZLOCH

ANGOLA SHIPPING LTD., BAHAMAS,

    Plaintiff,

vs.

M/V "SUN ECLIPSE," its engines,
tackle, appurtenances, etc.,
*in rem*,

    Defendant.
_____/

**O R D E R**



THIS MATTER is before the Court upon the Claimant/Owner, Island Reef Holdings Limited's, Motion For Extension Of Time, bearing file stamp of the Clerk of this Court dated February 25, 2000. The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the Claimant/Owner's aforementioned Motion For Extension Of Time be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _28th_ day of February, 2000.

                                          WILLIAM J. ZLOCH
                                          United States District Judge

Copies furnished:

Michael F. Guilford, Esq.
Allan R. Kelley, Esq.