UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

| | |
|---|---|
| ANGOLA SHIPPING LTD., BAHAMAS, <br><br> Plaintiff, <br><br> v. <br><br> M/V "SUN ECLIPSE," its engines, tackle, appurtenances, etc., in rem, <br><br> Defendant, <br><br> v. <br><br> HVIDE MARINE, INC., <br><br> Third Party Defendant. | CASE NO. 00-6101-Civ-Zloch <br><br><br> MOTION TO COMPEL |



COMES NOW the Claimant/Owner, Island Reef Holdings Limited, by and through its undersigned counsel, pursuant to Rule 37 of the Federal Rules of Civil Procedure, and moves this Honorable Court to compel the Plaintiff Angola Shipping Ltd. to answer its Interrogatories and Request for Production which were served and filed more than thirty (30) days ago, and as grounds therefor states:

    1.    The Claimant/Owner served a First Request for Production on the Plaintiff on February 23, 2000 and a First Set of Rule 26.1.G Interrogatories on the Plaintiff on February 4, 2000 to obtain preliminary claim information and documentation regarding this matter.

FOWLER, WHITE, BURNETT, HURLEY, BANICK & STRICKROOT, P.A. • 100 SOUTHEAST SECOND STREET, SEVENTEENTH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200

20

CASE NO. 00-6101-Civ-Zloch

2. Although the Claimant/Owner granted Plaintiff's request for an extension of time of up to and including March 31, 2000 in which to answer the Interrogatories and Request for Production, the Plaintiff has failed to answer and/or otherwise object or respond to the Interrogatories and Request for Production.

3. The undersigned counsel asserts that he also called Plaintiff's counsel on Friday, April 7, 2000 to attempt to resolve by agreement the outstanding discovery and that Plaintiff's counsel stated that the discovery was on his desk and ready to go out that day. Unfortunately, however, nothing has been received as of this date.

WHEREFORE, the Claimant/Owner, Island Reef Holdings Limited, prays that its Motion to Compel be granted; that Plaintiff be compelled to provide full and complete answers to its First Set of Interrogatories and First Request for Production within ten (10) days; for its attorneys' fees and costs; and for such other and further relief deemed just and proper under the circumstances.

Respectfully submitted,

Allan R. Kelley
Fla. Bar No. 309893

FOWLER, WHITE, BURNETT, HURLEY,
BANICK & STRICKROOT, P.A.
Bank of America Tower, 17th Floor
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

-2-

Fowler, White, Burnett, Hurley, Banick & Strickroot, P.A. • 100 Southeast Second Street, Seventeenth Floor, Miami, Florida 33131 • (305) 789-9200

CASE NO. 00-6101-Civ-Zloch

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 20th day of April, 2000 to Michael F. Guilford, Esq., Michael Guilford, P.A., 8603 South Dixie Highway, Suite 315, Coral Gables, FL 33143-7807.

*[signature]*
Allan R. Kelley, Esq.

{clk} W:\53082.MTNCPL.25.ARK{4/20/0-11.11}

FOWLER, WHITE, BURNETT, HURLEY, BANICK & STRICKROOT, P.A. • 100 SOUTHEAST SECOND STREET, SEVENTEENTH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200