UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6101-CIV-ZLOCH

ANGOLA SHIPPING LTD., BAHAMAS,

      Plaintiff,

vs.

M\V "SUN ECLIPSE," its engines,
tackle, appurtenances, etc.,
in rem,

      Defendant.

vs.

HVIDE MARINE, INC.

      Third-Party Defendant
_____/

**O R D E R**

THIS MATTER is before the Court upon the Claimant/Owner, Island Reef Holdings Limited's, Motion To Compel, bearing file stamp of the Clerk of this Court dated April 24, 2000. The Court has carefully reviewed said Motion and the entire Court file herein and is otherwise fully advised in the premises.

The Court notes that the Plaintiff, Angola Shipping Ltd., Bahamas, was properly served with the Claimant/Owner's First Set of Rule 26.1 Interrogatories on or about February 4, 2000 and with the Claimant/Owner's First Request for Production on or about February 23, 2000. The Court further notes that said Plaintiff has failed to respond or otherwise object within the time prescribed by law.



Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Claimant/Owner's aforementioned Motion To Compel be and the same is hereby **GRANTED** as follows:

1.    On or before <u>May 5, 2000</u>, the Plaintiff, Angola Shipping Ltd., Bahamas, shall serve upon counsel for the Claimant/Owner full and complete responses to the Claimant/Owner's First Set of Rule 26.1 Interrogatories which was served on or about February 4, 2000;

2.    On or before <u>May 5, 2000</u>, the Plaintiff, Angola Shipping Ltd., Bahamas, shall serve upon counsel for the Claimant/Owner documents responsive to the Claimant/Owner's First Request for Production which was served on or about February 23, 2000;

3.    Upon the failure of the Plaintiff to comply with the provisions of this Order, the Court will entertain the appropriate Motion For Sanctions, including but not limited to, holding the Plaintiff in contempt of Court;

4.    The Claimant/Owner's request for an award of attorney's fees and costs be and the same is hereby taken under advisement; and

5.    On or before <u>May 5, 2000</u>, the Plaintiff, Angola Shipping Ltd., Bahamas, shall file with the Clerk of this Court a memorandum showing good cause why the Claimant/Owner should not be awarded reasonable expenses and attorney's fees incurred in making these

Motions, pursuant to Fed.R.Civ.P. 37.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of April, 2000.


                                                        WILLIAM J. ZLOCH
                                              United States District Judge

Copies furnished:

Allan R. Kelley, Esq.
For Claimant/Owner
Island Reef Holdings Limited

Michael F. Guilford, Esq.
For Plaintiff