sUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

NIGHT BOX
FILED
MAY 5 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

---

ANGOLA SHIPPING LTD., BAHAMAS

    Plaintiff,

v.

M/V "SUN ECLIPSE," its engines, tackle
appurtenances, etc., in rem,

    Defendant,

v.

HVIDE MARINE, INC.,

    Third Party Defendant.

CASE NO.: 00-6101-Civ-Zloch

**RESPONSE TO SHOW
CAUSE ORDER**

---

COMES NOW counsel for Plaintiff Angola Shipping Ltd., Bahamas and in response to this Court's Order of April 25, 2000 states as follows:

1. This case involves an allision between the M/V Sun Eclipse ("Eclipse') and the M/V Angola ("Angola") which took place at Port Everglades.

2. At the time of the allision the Angola was secured fast alongside the pier and the Eclipse was underway, backing into an adjacent bearth.

3. While backing onto its bearth, the Eclipse made contact with the Angola destroying a crane cab and denting her side shell plate. Thereafter, this action ensued to recover damages as a result of the allision.

4. On or about February 24, 2000, counsel for Defendant, Allan Kelley, contacted counsel for Plaintiff, Michael Guilford, and requested an extension of time to respond to



Plaintiff's complaint and in which to file a potential third-party action. (*See* Allan Kelley letter attached hereto as Exhibit A.)

5.  Counsel for the Plaintiff granted an open-ended extension of time in which to respond to the complaint while the parties attempted to resolve the matter and confirmed that a reciprocal extension to respond to the discovery requests had been granted. (*See* Michael Guilford letter attached hereto as Exhibit B.)

6.  Thereafter, this Court denied the Defendant's motion for extension of time in which to respond to the complaint and to file its third-party action. In response to the court's order, on March 7, 2000, Mr. Kelley wrote to the undersigned advising that he had attempted to serve the third-party complaint upon Hvide Marine, Inc. ("Hvide') by First Class U.S. Mail and would advise within the next ten (10) days whether Hvide had agreed to accept service or whether formal service of process would have to be effected. Mr. Kelley also inquired as to the answers to interrogatories and request for production "which are now overdue." This representation was contrary to the parties prior agreements regarding this matter. (*See* Allan Kelley letter attached hereto as Exhibit C.)

7.  On March 9, 2000, the undersigned responded to Mr. Kelley's letter advising that based on the prior agreement, the discovery had not even been looked at and requested the "customary thirty (30) days in which to prepare responses." The said thirty (30) days would have made the responses due on or about April 9, 2000. (*See* Michael Guilford letter attached hereto as Exhibit D.)

8. Thereafter, on March 13, 2000, defense counsel, Allan Kelley, responded that he would grant an extension of time to respond to March 31, 2000. (*See* Allan Kelley letter attached hereto as Exhibit E.)

9. On March 24, 2000, undersigned counsel's secretary of two (2) years left without notice.

10. From that time until Monday, May 2, 2000, undersigned counsel has been without a secretary or assistant.

11. Undersigned counsel has hired temporary assistants during that time, but has concentrated primarily on complying with court imposed deadlines and preparing for several trials which were scheduled.

12. Undersigned counsel represents that counsel for Defendant did contact him regarding the discovery responses and that undersigned counsel did represent to defense counsel that he was in possession of the responsive materials and that same would be sent shortly. However, undersigned counsel also explained to counsel for Defendant his ongoing staffing difficulties and did not represent that the material was going that day.

13. The Interrogatories and Request for Production, have been fully responded to and the material has been hand delivered to counsel for Defendant.

14. Undersigned counsel's failure to provide defense counsel with the discovery responses was not the result of bad faith, ill will, intentional delay, or other bad motive, but was purely the result of an ongoing staffing problem and the prioritization of court imposed deadlines

3

00-6101-CIV-ZLOCH

and trial requirements. Futhermore the delay in response is solely attributable to counsel for Plaintiffs, and not the Plaintiff.

WHEREFORE, having fully responded to Defendant's discovery request and having demonstrated that the failure to reply was not the product of intentional delay or bad faith, counsel for Plaintiff requests that this Court, and defense counsel, accept his apology for the delay and that the Court not enter sanctions against him.

## MEMORANDUM OF LAW

While the District Court maintains the discretion to issue sanctions, courts have concluded that sanctions under the court's inherent authority, Rule 11 or 28 USC §1927 are not warranted based on a party's failure to timely file a document where no evidence exists that the party "willfully abused the judicial process . . . acted in bad faith, and . . . needlessly obstructed the proper disposition of the case . . . [and] that the untimely filing was . . . done for the purposes of harassment or unnecessary delay, or to needlessly increase the cost of the litigation" Chiles v. Bowen 695 F.Supp 357, 358 (S.D. Ohio. 1988); *See* also Hickman v. Walmart Stores, Inc. 152 F.R.D. 216, 220 (M.D. Fla. 1993); Hi-tek Bags, Ltd. v. Bobtron Intern, Inc. 144 F.R.D. 379, 383 (C. D. Cal. 1992).

        LAW OFFICES OF MICHAEL F. GUILFORD, P.A.
        Attorneys for PLAINTIFF
        Suite 315, 8603 South Dixie Highway
        Miami, Florida 33143
        Telephone: (305) 668-3226
        Facsimile: (305) 668-9866

By: _____
        MICHAEL F. GUILFORD
        Florida Bar Number 516066

00-6101-CIV-ZLOCH

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via First Class U. S. Mail to: **Allan R. Kelley, Esquire**, Fowler White Burnett Hurley Banick & Strickroot, P.A., 17th Floor, NationsBank Tower, 100 Southeast Second Street, Miami, Florida 33131 on this 5th day of May, 2000.

> LAW OFFICES OF MICHAEL F. GUILFORD, P.A.
> Attorneys for PLAINTIFF
> Suite 315, 8603 South Dixie Highway
> Miami, Florida 33143
> Telephone: (305) 668-3226
> Facsimile: (305) 668-9866
>
> By: _____
> MICHAEL F. GUILFORD
> Florida Bar Number 516066

00-6101-CIV-ZLOCH

**EXHIBIT A**

Allan Kelley Letter Dated February 24, 2000

LAW OFFICES
FOWLER, WHITE, BURNETT, HURLEY, BANICK & STRICKROOT
A PROFESSIONAL ASSOCIATION

MICHAEL AGLIATA
STUART H. ALTMAN
RICHARD S. BANICK
DAVID D. BATISTA
NELSON C. BELLIDO
PAUL S. BERGER
MARIANA C. BLANCO
EDWARD J. BRISCOE
PETER M. BROOKE
MORTON P. BROWN
MICHAEL B. BUCKLEY
HENRI BURNETT
WILLIAM F. CLAYTON
KIMBERLY A. COOK

PETER J. DELAHUNTY
CHARLES G. DELEO
RICHARD E. DOUGLAS
BRIAN D. ELIAS
DAVID ELTRINGHAM
JOHN H. FRIEDHOFF
DAVID A. FRIEDMAN
MICHAEL A. GARCIA
PATRICK E. GONYA, JR
HOWARD W. GORDON
S. JOANNE GREER
MARIA ISABEL HOELLE
JUNE GALKOSKI HOFFMAN
J. WESLEY HOLSTON

JAMES N. HURLEY
ELIZABETH P. JOHNSON
ALLAN R. KELLEY
CHRISTOPHER E. KNIGHT
MICHAEL N. KRETZER
DONALD E. KUBIT
JAN M. KUYLENSTIERNA
MARALYN D. LEAFY
FRED K. LICKSTEIN
PATTI A. MEEKS
ALIX C. MICHEL
JAMES P. MURRAY
RONALD G. NESMITH
FRED R. OBER

THOMAS M. PARKER
CLINTON S. PAYNE
J. MICHAEL PENNEKAMP
ALAN J. PERLMAN
MICHAEL A. PUCHADES
BRAD K. SAUNDERS
BARRY N. SEMET
RONALD D. SHINDLER
SARA SOTO
STEVEN E. STARK
JOHN C. STRICKROOT
NORMAN T. WEIL
ALAN G. WILLIAMS

CODY FOWLER (1892-1978)
MORRIS E. WHITE (1892-1988)
JAMES L. HURLEY (1920-1989)

NATIONSBANK TOWER
SEVENTEENTH FLOOR
100 SOUTHEAST SECOND STREET
MIAMI, FLORIDA 33131

TELEPHONE (305) 789-9200
FACSIMILE (305) 789-9201
WWW.FOWLER-WHITE.COM

*MEMBER OF OHIO BAR ONLY

February 24, 2000

<u>Via Telefax</u>

Michael Guilford, P.A.
8603 South Dixie Highway
Suite 315
Coral Gables, FL 33143-7807

Attention:   Michael F. Guilford, Esq.

Re:   M/V "SUN ECLIPSE"
     M/V "ANGOLA"
     Collision at Port Everglades, Florida
     January 14, 2000
     Our File No.: 53082-ARK

Dear Mike:

Further to our telephone conversation of this date, we note that you are obtaining the information and documentation regarding the nature, extent and amount of the damages claimed in this matter now that the repairs and surveys have been completed. Once this information and documentation has been obtained, we will meet in an attempt to resolve the matter.

We also confirm that you have granted us an extension of time within which to respond to the Complaint of up to and including March 30, 2000, while we attempt to resolve this matter.

We thank you for your prompt attention to these requests and should you have any questions, or if we can assist you in any other way, please do not hesitate to contact us.

Very truly yours,

FOWLER, WHITE, BURNETT, HURLEY,
BANICK & STRICKROOT, P.A.

Allan R. Kelley

00-6101-CIV-ZLOCH

**EXHIBIT B**

Michael Guilford Letter Dated February 29, 2000

LAW OFFICES OF
MICHAEL F. GUILFORD, P.A.

8603 South Dixie Highway
Suite 315
Miami, Florida 33143

Telephone: (305) 668-3226
Facsimile: (305) 668-9866
E-Mail:fguilford@aol.com

February 29, 2000

**Via Facsimile (305) 769-9201**

Allan R. Kelly
Fowler, White, Burnett, Hurley, et al.
NationsBank Tower, Seventeenth Floor
100 Southeast Second Street
Miami, Florida 33131

    Re:    **M/V SUN ECLIPSE - M/V ANGOLA**
            **Collision at Port Everglades**
            **D/I: January 14, 2000**
            **Our File No.: 7187**
            **Your File No.: 53082-ARK**

**NUMBER OF PAGES INCLUSIVE OF THIS COVER SHEET:**

This message is intended for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of this information is not permitted. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents. Thank you.

Dear Allan:

    Thank you for yours of February 24, 2000. I agree with your letter insofar as we agreed that the clients should try to resolve this matter between them once the final figures are available. This will also confirm that I granted you and extension of time in which to respond to the Complaint however, I did not place a March 30th deadline on it.

    My understanding was that we would put the case on hold until the clients either resolved, or failed to resolve the amount at issue. Furthermore, it was my understanding that the unofficial stay extended to your discovery requests as well.

    If for some reason my understanding of our agreement, that the entire matter is placed on hold pending resolution by the clients, is not correct, please contact me immediately.

                        Very truly yours,

MFG/rlg                        MICHAEL F. GUILFORD

00-6101-CIV-ZLOCH

**EXHIBIT C**

Allan Kelley Letter Dated March 7, 2000

8

LAW OFFICES
FOWLER, WHITE, BURNETT, HURLEY, BANICK & STRICKROOT
A PROFESSIONAL ASSOCIATION

| | | | | |
|---|---|---|---|---|
| MICHAEL AGLIATA | PETER J. DELAHUNTY | JAMES N. HURLEY | THOMAS M. PARKER | CODY FOWLER  892-1978 |
| STUART H. ALTMAN | CHARLES G. DELEO | ELIZABETH P. JOHNSON | CLINTON S. PAYNE | MORRIS E. WHITE (1892-1988) |
| RICHARD S. BANICK | RICHARD E. DOUGLAS | ALLAN R. KELLEY | J. MICHAEL PENNEKAMP | JAMES L. HURLEY (1920-1989) |
| DAVID O. BATISTA | BRIAN D. ELIAS | CHRISTOPHER E. KNIGHT | ALAN J. PERLMAN | |
| NELSON C. BELLIDO | DAVID ELTRINGHAM | MICHAEL N. KRETZER | MICHAEL A. PUCHADES | NATIONSBANK TOWER |
| PAUL S. BERGER | JOHN H. FRIEDHOFF | DONALD E. KUBIT | BRAD K. SAUNDERS | SEVENTEENTH FLOOR |
| MARIANA C. BLANCO | DAVID A. FRIEDMAN | JAN M. KUYLENSTERNA | BARRY N. SEMET | 100 SOUTHEAST SECOND STREET |
| EDWARD J. BRISCOE | MICHAEL A. GARCIA | MARALYN D. LEAFY | RONALD D. SHINDLER | MIAMI, FLORIDA 33131 |
| PETER M. BROOKE | PATRICK E. GONYA JR. | FRED K. LICASTEN | SARA SOTO | |
| MORTON P. BROWN | HOWARD W. GORDON | PATTI A. MEEKS | STEVEN E. STARK | TELEPHONE (305) 789-9200 |
| MICHAEL B. BUCKLEY | S. JOANNE GREER | ALIX C. MICHEL | JOHN C. STRICKROOT | FACSIMILE (305) 789-9201 |
| HENRY BURNETT | MARIA ISABEL HOELLE | JAMES P. MURRAY | NORMAN I. WEIL | WWW.FOWLER-WHITE.COM |
| WILLIAM R. CLAYTON | JUNE GALKOSKI HOFFMAN | RONALD G. NEWIRTH | ALAN G. WILLIAMS | |
| KIMBERLY A. COOK | J. WESLEY HOLSTON | FRED R. OBER | | *MEMBER OF OHIO BAR ONLY |

March 7, 2000

<u>Via Telefax</u>

Michael Guilford, P.A.
8603 South Dixie Highway
Suite 315
Coral Gables, FL 33143-7807

Attention:    Michael F. Guilford, Esq.

Re:    M/V "SUN ECLIPSE"
       M/V "ANGOLA"
       Collision at Port Everglades, Florida
       January 14, 2000
       Our File No.: 53082-ARK

Dear Mike:

As you know, Judge Zloch has denied our Motion for Extension of Time and therefore we have had to file our Answer and Affirmative Defenses to your Complaint and Third Party Complaint against Hvide Marine Inc., copy of which is enclosed for your reference. We have attempted to serve the Third Party Complaint upon Hvide Marine Inc. via mail. We will advise you within the next ten (10) days whether they have agreed to accept service by mail or whether we will be obliged to serve them through a process server.

In the meantime, we continue to await the full and complete claims information and documentation from you so that we may attempt to amicably resolve this matter, if possible, without unnecessary expense to our respective clients. We ask that you provide us with this information and documentation and your answers to our Interrogatories, which are now overdue, within ten (10) days.

Michael Guilford, P.A.
March 7, 2000
Page 2

We thank you for your kind assistance and cooperation in this matter and should you have any questions, or if we can assist you in any other way, please do not hesitate to contact us.

       Very truly yours,

       FOWLER, WHITE, BURNETT, HURLEY,
       BANICK & STRICKROOT, P.A.

       Allan R. Kelley

Enclosures

[nbs] W:\53082 LETTR593.ARK{3-7.0-13.30}

00-6101-CIV-ZLOCH

**EXHIBIT D**

Michael Guilford Letter Dated March 9, 2000

9

LAW OFFICES OF
MICHAEL F. GUILFORD
SUITE 315,
8603 SOUTH DIXIE HIGHWAY,
MIAMI, FLORIDA 33143

TELEPHONE (305) 668-3226
FACSIMILE (305) 668-9866
EMAIL mfguilford@aol.com

DAVID B. MISHAEL, ESQUIRE
OF COUNSEL

March 9, 2000

**Via U.S. Mail And**
**Facsimile (305) 789-9201**

Allan R. Kelley, Esquire
Fowler, White, Burnett, Hurley, et, al.
NationsBank Tower, Seventeenth Floor
100 Southeast Second Street
Miami, Florida 33131

    Re:    **M/V SUN ECLIPSE**
             **M/V ANGOLA**
             **Collision at Port Everglades 01.14.00**
             **Your File No. 53082-ARK**
             **Our File No. 7187**

Dear Mr. Kelley:

    Thank you for yours of March 7, 2000 received by facsimile in my office on March 8, 2000 at approximately 4:15 p.m.

    I saw Judge Zloch's Order and was quite puzzled by his refusal to grant you an agreed extension of time. I have noted your attempt to serve Hvida Marine and hope that they will waive formal service of process. Based on our prior agreement, I have not even looked at the Interrogatories and ask that we be provided with the customary thirty (30) days in which to prepare responses.

    Should we approach Judge Zloch in a joint motion to stay this proceeding pending receipt of invoices/completion of repairs and settlement negotiations?

    I look forward to hearing from you at your convenience.

                                    Very truly yours,

                                    MICHAEL F. GUILFORD

MFG/rlg

00-6101-CIV-ZLOCH

**EXHIBIT E**

Allan Kelley Letter Dated March 13, 2000

## FOWLER, WHITE, BURNETT, HURLEY, BANICK & STRICKROOT

### LAW OFFICES

A PROFESSIONAL ASSOCIATION

MICHAEL AGUATA
STUART H ALTMAN
RICHARD S BANICK
DAVID O BATISTA
NELSON C BELLIDO
PAUL S. BERGER
MARIANA C BLANCO
EDWARD J BRISCOE
PETER M BROOKE
MORTON P BROWN
MICHAEL B BUCKLEY
HENRY BURNETT
WILLIAM R CLAYTON
KIMBERLY A COOK

PETER J DELAHUNTY
CHARLES G DELEO
RICHARD E DOUGLAS
BRIAN D ELIAS
DAVID ELTRINGHAM
JOHN H. FRIEDHOFF
DAVID A FRIEDMAN
MICHAEL A GARCIA
PATRICK E. GONYA, JR
HOWARD W GORDON
S JOANNE GREER
MARIA ISABEL HOELLE
JUNE GALKOSKI HOFFMAN
J WESLEY HOLSTON

JAMES N HURLEY
ELIZABETH P JOHNSON
ALLAN R KELLEY
CHRISTOPHER E KNIGHT
MICHAEL N KREITZER
DONALD E KUBIT
JAN M KUYLENSTIERNA
MARALYN D LEAF
FRED A LUCASTEN
PATTI A MEEKS
ALIX G MICHEL
JAMES P MURRAY
RONALD G NEIWIRTH
FRED R OBER

THOMAS M PARKER
CLINTON S PAYNE
J MICHAEL PENNEKAMP
ALAN J PERLMAN
MICHAEL A PUCHADES
BRAD K SAUNDERS
BARRY N SEMET
RONALD D SHINDLER
SARA GOTO
STEVEN E STARK
JOHN C STRICKROOT
NORMAN J WEIL
ALAN G WILLIAMS

CODY FOWLER (1892-1978)
MORRIS E WHITE (1892-1988)
JAMES L HURLEY (1920-1989)

NATIONSBANK TOWER
SEVENTEENTH FLOOR
100 SOUTHEAST SECOND STREET
MIAMI FLORIDA 33131

TELEPHONE (305) 789-9200
FACSIMILE (305) 789-9201
WWW.FOWLER-WHITE.COM

*MEMBER OF OHIO BAR ONLY

March 13, 2000

Via Telefax

Michael Guilford, P.A.
8603 South Dixie Highway
Suite 315
Coral Gables, FL 33143-7807

Attention:   Michael F. Guilford, Esq.

Re:   M/V "SUN ECLIPSE"
      M/V "ANGOLA"
      Collision at Port Everglades, Florida
      January 14, 2000
      Our File No.: 53082-ARK

Dear Mike:

We acknowledge receipt of and thank you for your telefax dated March 9, 2000 referable to the above matter.

As per my most recent letter to you, I have been informed that all the repairs have been completed and the vessel's normal sailing schedule remained undisturbed from the date of the incident until the completion of the repairs. I ask that you confirm whether this information is correct. If it is, then you should have no difficulty in obtaining the relevant invoices and damages information by the end of March and we can attempt to conclude this matter. I will, therefore, grant your request for an extension of time to answer the Interrogatories and Request for Production until March 31, 2000.

Should you need more time, or if we can assist you in any other way, please do not hesitate to contact me. As indicated above and in prior correspondence, I hope that we will be able to promptly amicably resolve this matter.

Very truly yours,

FOWLER, WHITE, BURNETT, HURLEY,
BANICK & STRICKROOT, P.A.

Allan R. Kelley

