UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

00 MAY -8 PM 1: 57

ANGOLA SHIPPING LTD., BAHAMAS

    Plaintiff,

v.

M/V "SUN ECLIPSE," its engines, tackle
appurtenances, etc., in rem,

    Defendant,

v.

HVIDE MARINE, INC.,

    Third Party Defendant.

CASE NO.: 00-6101-Civ-Zloch

**NOTICE OF SERVICE OF
UNEXECUTED ANSWERS TO
INTERROGATORIES**

COMES NOW Plaintiff, by and through its undersigned counsel, hereby gives Notice of Service of Answers to Defendant's First Set of Interrogatories dated February 4, 2000.

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via Hand Delivery to: **Alan R. Kelley, Esquire**, Fowler White Burnett Hurley Banick & Strickroot, P.A., 17th Floor, NationsBank Tower, 100 Southeast Second Street, Miami, Florida 33131 on this 5th day of May, 2000.

LAW OFFICES OF MICHAEL F. GUILFORD, P.A.
Attorneys for PLAINTIFF
Suite 315, 8603 South Dixie Highway
Miami, Florida 33143
Telephone: (305) 668-3226
Facsimile: (305) 668-9866

By: _____
MICHAEL F. GUILFORD
Florida Bar Number 516066

## ANSWERS TO INTERROGATORIES

### Interrogatory No. 1

Please provide the name, address, telephone number, place of employment and job title of any person who has, claims to have or whom you believe may have knowledge or information pertaining to any fact alleged in the pleadings (as defined in Red. R. Civ. P. 7(a)) filed in this action, or any fact underlying the subject matter of this action.

### Answer No. 1

Master of Angola; Master of Sun Eclipse; James McCrory; representative of Lloyds Registry; Representative of Norse Diesel; Representative of MacGregor; Ed Biscoe; Martin Castelino; Eric Kappelin; and Captain Jeffrey Gresham.

### Interrogatory No. 2

Please state the specific nature and substance of the knowledge that you believe the person(s) identified in your response to Interrogatory No.1 may have.

### Answer No. 2

All of the above individuals have knowledge regarding the mechanics of how the collision took place, the damage done to the Angola, the repairs affected and deferred, and the down time and extra expenses necessitated by the collision.

### Interrogatory No. 3

Please provide the name of each person whom you may use as an expert witness at trial.

### Answer No. 3

Unknown at this time.

### Interogatory No. 4

Please state in detail the substance of the opinions to be provided by each person whom you may use as an expert witness at trial.

### Answer No. 4

Not applicable.

**Interrogatory No. 5**

Please state each item of damages that you claim, whether as an affirmative claim or as a settoff, and include in your answer; the count or defense to which the item of damages relates; the category into which each item of damages falls, i.e. general damages, special or consequential damages (such as lost profits), interest, and any other relevant categories; the factual basis for each item of damages; and an explanation of how you computed each item of damages, including any mathematical formula used.

**Answer No. 5**

Please see Response to Request for Production, Response No. 3.

**Interrogatory No. 6**

Please identify each document pertaining to each item of damages stated in your response to Interrogatory No. 5 above.

**Answer No. 6**

Please see Response to Request for Production, Response No. 3.

**Interrogatory No. 7**

Please identify each document (including pertinent insurance agreements) pertaining to any fact alleged in any pleading (as defined in Fed. R. Civ. P. 7(a)) filed in this action

**Answer No. 7**

Please see Response to Request for Production, Response Nos. 3, 5 and 10.