# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

PLAINTIFF

ANGOLA SHIPPING LTD., BAHAMAS

## THIRD PARTY SUMMONS IN A CIVIL ACTION

V. DEFENDANT AND THIRD PARTY PLAINTIFF

M/V "SUN ECLIPSE", its engines, tackle, appurtenances, etc., in rem,

CASE NUMBER: 00-6101-Civ-Zloch

V. THIRD PARTY DEFENDANT

HVIDE MARINE, INC.

TO: (Name and address of Third Party defendant)
HVIDE MARINE INCORPORATED, through its registered agent
C T CORPORATION SYSTEM, 1200 South Pine Island Road, Plantation, FL 33324

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Allan R. Kelley, Esq.
Fowler, White, Burnett, Hurley,
Banick & Strickroot
Bank of America Building, 17th Floor
100 Southeast Second Street
Miami, FL 33131
Phone: (305) 789-9200

an answer to the third-party complaint which is herewith served upon you within  20  days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

MAY 1 6 2000

DATE


24