| ROYAL SHIPPING LTD., BAHAMAS | CASE NO.: 00-6101-CIV-DIMITROULEAS |
|---|---|
| Plaintiff | |

CIVIL DIV.: County Court _____

Circuit Court _____  Federal Court __XX__

| M/V "SUN ECLIPSE", its engines, tackle, appurtenances, etc., in rem, | SUMMONS, ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT AND THIRD PARTY COMPLAINT |
|---|---|
| Defendant | Type of Writ |

Received this process on ____MAY 17, 2000 at 1 P M____

__XX__ Served _____ Returned, same on __HVIDE MARINE, INC__

Within named, on __5-18-2000__, at __12:40 P__ M., in __BROWARD__ County, FL.
AT: 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324

☐ INDIVIDUAL SERVICE: By delivering to the within named person a copy of this writ, the date and hour of service endorsed by me, and at the same time I delivered to the within named person a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner.

☐ SUBSTITUTE SERVICE: By leaving a copy of this writ, with the date and hour of service endorsed theron by me, and a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner at the within named person's usual place of abode, with a member of his family above the age of (15) (18) years to wit: _____ _____ and informing such person of their contents.

☒ CORPORATE SERVICE: By delivering a copy of this writ with the date and hour of service endorsed theron by me and a copy of plaintiff's initial pleading as furnished by the plaintiff to __ANNE BOUTILIER/C.T. CORP. SYS.__ as __REGISTERED AGENT__ of said corporation in the absence of any superior officer.

☐ POSTED RESIDENTIAL: By attaching a copy of this summons, together with a copy of the complaint, to a conspicuous place on the property described therin. After at least two attempts, a minimum of six (6) hours apart:
(1) _____ (2) _____
    (date)          (time)        (date)           (time)
neither the above named tenant nor a person residing therin who is 15 years of age or older could be found at _____ The usual place of residence of the tenant in _____ County, Florida.
(address posted)

☐ NO SERVICE: For the reason that after diligent search and inquiry failed to find said _____ _____ in _____ County, Florida.

☐ OTHER RETURNS: _____

I ACKNOWLEDGE that I am a Certified Process Server in good standing in the Judicial Circuit in which defendant was served and that I have no interest in the above action.

_____  # _____
PROCESSOR SERVER (Signature)      I.D. NO.

CONSUELO MALDONADO
PROCESS SERVER (PRINTED NAME)

ALLAN R. KELLEY, ESQ.
FOWLER WHITE BURNETT HURLEY
100 SE SECOND STREET
MIAMI, FL 33131
ATTORNEY

The foregoing instrument was acknowledged before me this __18th__ day of __MAY__, 19X 2000 by __CONSUELO MALDONADO__, __CERTIFIED PROCESS SERVER__ who is personally known to me or who has produced _____ (type of ID) and who __DID__ (did / did not) take an oath.

_____
Notary Public

OFFICIAL NOTARY SEAL
OLIVIA ACOSTA
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC619803
MY COMMISSION EXP. FEB. 6, 2001
BONDED THRU GENERAL INS. UND.

FORM F        T. C. MANN, INC.  Tel. 577-0220        Johnson's Printing 374-6945

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

PLAINTIFF

ANGOLA SHIPPING LTD., BAHAMAS

## THIRD PARTY SUMMONS IN A CIVIL ACTION

V. DEFENDANT AND THIRD PARTY PLAINTIFF

M/V "SUN ECLIPSE", its engines, tackle, appurtenances, etc., in rem,

CASE NUMBER: 00-6101-Civ-Zloch

Super Of Process

Name Jane Pratt/lier
Date 5/18/00  Time 12:40
P.S. M. Consuelo Maldonado
       Print / Sign Name

Certified by The Circuit Court of
[17] Judicial Circuit Case # 2438

V. THIRD PARTY DEFENDANT

HVIDE MARINE, INC.

TO: (Name and address of Third Party defendant)
HVIDE MARINE INCORPORATED, through its registered agent
C T CORPORATION SYSTEM, 1200 South Pine Island Road, Plantation, FL 33324

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

DEFENDANT AND THIRD–PARTY PLAINTIFF'S ATTORNEY (name and address)

Allan R. Kelley, Esq.
Fowler, White, Burnett, Hurley,
 Banick & Strickroot
Bank of America Building, 17th Floor
100 Southeast Second Street
Miami, FL 33131
Phone: (305) 789-9200

an answer to the third–party complaint which is herewith served upon you within __20__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third–party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third–party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third–party plaintiff.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE

MAY 1  2000

MAY 1 7 2000