COPIES NOT PROVIDED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

FILED by ___ D.C.

JUN 2 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ANGOLA SHIPPING LTD., BAHAMAS

    Plaintiff,

v.

M/V "SUN ECLIPSE," its engines, tackle appurtenances, etc., in rem, Zloch

    Defendant,

v.

HVIDE MARINE, INC.

    Third Party Defendant.

CASE NO.: 00-6101-Civ- WJZ

### NOTICE OF ABSENCE FROM THE JURISDICTION

COMES NOW counsel for Plaintiff, ANGOLA SHIPPING LTD., BAHAMAS, and notices his absence from the jurisdiction commencing June 26, 2000 through and inclusive of July 4, 2000 and August 14, 2000 through and inclusive of August 18, 2000. Counsel will be out of the jurisdiction during that period. Counsel for Plaintiff, ANGOLA SHIPPING LTD., BAHAMAS, would ask that no hearings or other business be scheduled during this period.



COPIES NOT PROVIDED



27

LAW OFFICES OF MICHAEL F. GUILFORD, P.A.
Attorneys for PLAINTIFF
Suite 315, 8603 South Dixie Highway
Miami, Florida 33143
Telephone: (305) 668-3226
Facsimile: (305) 668-9866

By: _____
MICHAEL F. GUILFORD
Florida Bar Number 516066

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via Mail and Facsimile to: **Alan R. Kelley, Esquire**, Fowler White Burnett Hurley Banick & Strickroot, P.A., 17th Floor, NationsBank Tower, 100 Southeast Second Street, Miami, Florida 33131 and **Jonathan Skipp, Esq.**, Horr, Linfors, Skipp & Novak, P.A., One Datran Center, Suite 1001, 9100 South Dadeland Blvd., Miami, Florida 33156-7866, on this ____ day of June 2000.

LAW OFFICES OF MICHAEL F. GUILFORD, P.A.
Attorneys for PLAINTIFF
Suite 315, 8603 South Dixie Highway
Miami, Florida 33143
Telephone: (305) 668-3226
Facsimile: (305) 668-9866

By: _____
MICHAEL F. GUILFORD
Florida Bar Number 516066