UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| ANGOLA SHIPPING LTD., BAHAMAS,<br><br>Plaintiff,<br><br>v.<br><br>M/V "SUN ECLIPSE," its engines, tackle, appurtenances, etc., in rem,<br><br>Defendant,<br><br>v.<br><br>HVIDE MARINE, INC.,<br><br>Third Party Defendant. | CASE NO. 00-6101-Civ-Zloch<br><br><br>CLAIMANT/OWNER ISLAND REEF HOLDINGS LIMITED'S ANSWER AND AFFIRMATIVE DEFENSES TO THIRD-PARTY DEFENDANT HVIDE MARINE, INC.'S COUNTERCLAIM |

COMES NOW the Claimant/Owner, Island Reef Holdings Limited, by and through its undersigned counsel, and for its Answer and Affirmative Defenses to Third-Party Defendant Hvide Marine, Inc.'s Counterclaim, states:

## ANSWER

1.    The Claimant/Owner admits that this Court has admiralty and maritime jurisdiction over this action. Except as expressly admitted, the remainder of Paragraph 1 of the Counterclaim is denied.

2.    The Claimant/Owner admits the material allegations of Paragraph 2 of the Counterclaim.

3.    The Claimant/Owner admits the material allegations of Paragraph 3 of the Counterclaim.

4.    The Claimant/Owner admits that Hvide Marine, Inc. was requested to provide tug assistance to the M/V "SUN ECLIPSE" while she was entering Port Everglades with a pilot onboard

on January 14, 2000. Except as expressly admitted, the remainder of Paragraph 4 of the Counterclaim is denied.

5.     The Claimant/Owner denies that it is subject to those provisions claimed by Hvide Marine, Inc. to apply in this action. The Claimant/Owner, therefore, denies the material allegations of Paragraph 5 of the Counterclaim.

6.     The Claimant/Owner admits that Hvide Marine, Inc. was requested to provide tug assistance to the M/V "SUN ECLIPSE" while she was entering Port Everglades with a pilot onboard on January 14, 2000. Except as expressly admitted, the remainder of Paragraph 6 of the Counterclaim is denied.

7.     The Claimant/Owner denies the allegations of Paragraph 7 of the Counterclaim.

8.     The Claimant/Owner admits that it has filed a Third-Party Complaint against Hvide Marine, Inc. alleging breach of contract, breach of warranty of workmanlike performance and negligence in connection with Hvide Marine, Inc.'s involvement with the collision between the M/V "SUN ECLIPSE" and the M/V "ANGOLA" which is the subject of this action. Except as expressly admitted, the remainder of Paragraph 8 of the Counterclaim is denied.

## AFFIRMATIVE DEFENSES

1.     Third-Party Defendant fails to state a claim upon which relief may be granted in that the Claimant Owner did not agree to the alleged contract.

2.     Third-Party Defendant fails to state a claim upon which relief may be granted in that the alleged contract with the Claimant Owner is unenforceable as a matter of fact and law.

3.     Third-Party Defendant has failed to state a claim upon which relief may be granted in that its actions were the sole cause of the alleged collision in connection with the above matter.

-2-

4.     In the event that the Claimant Owner was in any way at fault for the alleged collision,

Third-Party Defendant was also at fault for the collision and any damages as a result of the collision

must be apportioned based upon the comparative fault of the parties.

5.     Third-Party Defendant failed to mitigate its damages, if any.

6.     The acts or omissions of the Third-Party Defendant and/or other parties for whom the

Claimant Owner is not responsible serve to preclude and/or limit any recovery to which the Third-

Party Defendant may be entitled, which recovery is denied.

7.     Third-Party Defendant has failed to state a claim upon which relief may be granted in

that the Claimant Owner did not agree, consent or otherwise contract to the terms set forth in the

Counterclaim.

WHEREFORE, the Claimant Owner, Island Reef Holdings Limited, having answered the

Third-Party Defendant Hvide Marine, Inc.'s Counterclaim, prays that same be dismissed with

prejudice; for its attorneys' fees and costs; and for such other and further relief deemed just and

proper under the circumstances.

Respectfully submitted,

Allan R. Kelley
Fla. Bar No. 309893

FOWLER, WHITE, BURNETT, HURLEY,
 BANICK & STRICKROOT, P.A.
Bank of America Tower, 17th Floor
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

-3-

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this $\cancel{13}$ day of July, 2000 to Michael F. Guilford, Esq., Michael Guilford, P.A., 8603 South Dixie Highway, Suite 315, Coral Gables, FL 33143-7807, and Jonathan W. Skipp, Esq., Horr, Linfors. Skipp & Novak, P.A.. Suite 1001, One Datran Center, 9100 South Dadeland Boulevard, Miami, FL 33156.

                                Allan R. Kelley

[clk] W:\53082\ANSWR022.ARK{7/12/0-16.48}