-cv-06101-PCH    Document 32    Entered on FLSD Docket 07/31/2000    F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

| | |
|---|---|
| ANGOLA SHIPPING LTD., BAHAMAS | |
| Plaintiff, | |
| v. | |
| M/V "SUN ECLIPSE," its engines, tackle appurtenances, etc., in rem, | CASE NO.: 00-6101-Civ-Zloch  |
| Defendant, | |
| v. | |
| HVIDE MARINE, INC. | |
| Third Party Defendant. | |

### NOTICE OF DESIGNATION OF MEDIATOR

COMES NOW, the Plaintiff, ANGOLA SHIPPING LTD., BAHAMAS, by and through their undersigned counsel and pursuant to the applicable Federal Rules of Civil Procedure and the Local Rules of this Court and notices the agreement of the parties to the selection of a mediator and designates **DAVID SULLIVAN, of Florida Mediation Group, 10th Floor, 28 West Flagler Street, Miami, Florida 33130**, as the mediator in this matter.



LAW OFFICES OF MICHAEL F. GUILFORD, P.A.
Attorneys for PLAINTIFF
Suite 315, 8603 South Dixie Highway
Miami, Florida 33143
Telephone: (305) 668-3226
Facsimile: (305) 668-9866

By: _____
MICHAEL F. GUILFORD
Florida Bar Number 516066

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via Mail and Facsimile to: **Allan R. Kelley, Esquire**, Fowler White Burnett Hurley Banick & Strickroot, P.A., 17th Floor, NationsBank Tower, 100 Southeast Second Street, Miami, Florida 33131 and **Jonathan Skipp, Esq.**, Horr, Linfors, Skipp & Novak, P.A., One Datran Center, Suite 1001, 9100 South Dadeland Blvd., Miami, Florida 33156-7866, on this _____ day of July 2000.

LAW OFFICES OF MICHAEL F. GUILFORD, P.A.
Attorneys for PLAINTIFF
Suite 315, 8603 South Dixie Highway
Miami, Florida 33143
Telephone: (305) 668-3226
Facsimile: (305) 668-9866

By: _____
MICHAEL F. GUILFORD
Florida Bar Number 516066