UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6101-CIV-ZLOCH

ANGOLA SHIPPING LTD., BAHAMAS,

    Plaintiff,

vs.

**O R D E R**

M/V "SUN ECLIPSE," its engines,
tackle, appurtenances, etc.,
in rem,

    Defendant.

vs.

HVIDE MARINE, INC.

    Third-Party Defendant
_____/



AUG 3 2000

THIS MATTER is before the Court upon the Claimant/Owner, Island Reef Holdings Limited's Motion To Compel (DE 20). By Order (DE 21) dated April 25, 2000, this Court granted the Claimant/Owner, Island Reef Holdings Limited's Motion To Compel (DE 20) and ordered the Plaintiff, Angola Shipping Ltd., Bahamas, to show good cause to this Court why the Claimant/Owner should not be awarded, pursuant to Fed.R.Civ.P. 37, the reasonable expenses and attorneys' fees it incurred in making its Motion To Compel (DE 20). On May 5, 2000, the Plaintiff filed its Response To Show Cause Order (DE 22). The Court having carefully reviewed said Motion (DE 20) and Response (DE 22) and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Claimant/Owner's Motion For Attorneys' Fees And Costs (DE 20) be and the same is hereby **DENIED**



as the Court finds that the Plaintiff has shown good cause for its failure to timely comply with the Claimant/Owner's First Set of Rule 26.1 Interrogatories and First Request for Production and that an award of attorneys' fees and costs under these circumstances would be unjust.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___3rd___ day of August, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Michael F. Guilford, Esq.
For Plaintiff

Allen R. Kelley, Esq.
For Claimant/Owner

Jonathan W. Skipp, Esq.
For Third-Party Defendant