UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6101-CIV-ZLOCH

ANGOLA SHIPPING LTD., BAHAMAS

vs.                                    **ORDER OF REASSIGNMENT**

M/V "SUN ECLIPSE,"

vs.

HVIDE MARINE, INC.
_____/

    The above-styled case has been selected by the Clerk of Court utilizing a blind random selection procedure established by the court to insure the fair and impartial reassignment of cases from the calendars of the respective judges of the court to the calendars of the new judges of the court.

    **ORDERED AND ADJUDGED** that the above-styled cause is hereby **REASSIGNED** to the calendar of The Honorable **PAUL C. HUCK** as of August 7, 2000 for all further proceedings. It is further

    **ORDERED AND ADJUDGED** that all pleadings hereinafter filed shall bear the assigned case number followed by the surname **HUCK** in lieu of the present name, thereby indicating the judge to whom the case is assigned.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of August, 2000.

                               WILLIAM J. ZLOCH
                         Chief United States District Judge

Copies furnished:

The Honorable Paul C. Huck

Allan R. Kelley, Esq.
Michael F. Guilford, Esq.
Jonathan W. Skipp, Esq.