UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

REASSIGNMENT OF CASES TO
MAGISTRATE JUDGE STEPHEN BROWN

ORDER

Pursuant to Administrative Order 99-28, United States Magistrate Judge Barry S. Seltzer certifies that no motions in the below listed cases have been referred to the undersigned. Accordingly, it is hereby ORDERED that the following cases are reassigned to Magistrate Judge Stephen Brown:

| | |
|---|---|
| 99-6035-Civ-Huck | Andrea Kayser, et al. v. Long Distance International, Inc. |
| 99-6356-Civ-Huck | Maie Takahashi, etc. v. James Randi, et al. |
| 99-6368-Civ-Huck | Aliseo A.G., et al. v. Aliseo, Inc., et al. |
| 99-6776-Civ-Huck | William Keel v. Broward County, etc. |
| 99-6777-Civ-Huck | Cheryl Ziffer v. Mead Johnson Company, etc. |
| 99-7381-Civ-Huck | Amy Leavy v. United Parcel Service, Inc. |
| 99-7590-Civ-Huck | MVP Properties, Inc. v. The Town of Davie, etc. |
| 99-7619-Civ-Huck | Dr. Alan H. Kuczynski v. Provident Life and Accident Insurance Company |
| 99-7650-Civ-Huck | John Hancock Mutual Life Insurance Company v. Future First Financial Group, Inc. |
| 99-7676-Civ-Huck | Philip J. Snyder v. Premier Beverage Company, LLC., et al. |
| 99-9072-Civ-Huck | Stephen Peritz v. Paine Webber, Inc., etc |
| 00-1391-Civ-Huck | Burger King Corporation v. La-Van Hawkins Urban City Foods, LLC, et al. |
| 00-6101-Civ-Huck | Angola Shipping Ltd, Bahamas v. M/V "Sun Eclipse" |

AUG 1 4 2000

Rec'd in Min Dkt _____



| | |
|---|---|
| 00-6108-Civ-Huck | The Terminex International Company, L.P., et al. v. Broad and Cassel, P.A., et al. |
| 00-6171-Civ-Huck | Jose J. Delacruz v. United States Department of Labor, et al. |
| 00-6353-Civ-Huck | Berberth Jones v. Broward General Medical Center |
| 00-6542-Civ-Huck | Myrna Wasserman v. American Express Travel Related Services |
| 00-6722-Civ-Huck | MCIWorldCom, Inc., etc. v. International Telecom, Inc, etc. |
| 00-8249-Civ-Huck | CoFace v. Seymour Gillman, et al. |
| 00-6047-Cr-Huck | United States of America v. James Booker, et al. |
| 00-6181-Cr-Huck | United States of America v. Henry Harry McFlicker, et al. |

DONE AND ORDERED in Fort Lauderdale, Florida, this ___ day of August 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Paul C. Huck
United States District Judge

Magistrate Judge Stephen Brown

All counsel of record