CASE NO.  : 00-6101-CIV-ZLOCH

ANGOLA SHIPPING LTD., BAHAMAS

    NOTICE OF MEDIATION CONFERENCE DATE

    Plaintiff(s),

vs.

M/V "SUN ECLIPSE", ETC., ET AL.

    Defendant(s).
*********************************

| | |
|---|---|
| DATE AND TIME: | 01/08/2001 Monday 10:30 A.M.* |
| LOCATION: | Florida Mediation Group<br>28 West Flagler Street, Tenth Floor<br>Miami, Florida 33130<br>305-579-9990 |
| MEDIATOR: | Certified Mediator / Florida Mediation Group, Inc.<br>**David L. Sullivan, Esq.**<br>The mediator is a neutral and may not act as an advocate for any party. |
| FEES: | FINAL PAYMENT DUE WITH IN 10 DAYS OF THE MEDIATION: SEE ATTACHED |
| SUMMARY: | The parties are requested to present a SUMMARY of facts and issues to the Mediator five days prior to the scheduled Mediation Conference. |
| NOTICE: | Please notify Florida Mediation Group immediately of any scheduling problems and copy the Mediator on any pleadings which may impact or affect the mediation. |

*3 HOURS HAVE BEEN RESERVED FOR THE MEDIATION. IF YOU THINK YOU WILL NEED MORE TIME, PLEASE CALL US IMMEDIATELY.

ALLENE D. NICHOLSON, ESQ.
FLORIDA MEDIATION GROUP, INC.
Courthouse Plaza, Suite 1010
28 West Flagler Street
Miami, Florida 33130
(305) 579-9990 Fax 579-9991
FMG File No.: 0-41802

PAGE 2.

```
CASE NO.      : 00-6101-CIV-ZLOCH
FMG FILE NO.  : 0-41802
PLAINTIFF     : ANGOLA
```

Copies on October 31, 2000 to:

Michael F. Guilford, Esq.
David B. Mishael, P.A.
8603 South Dixie Highway
Suite 315
Miami  FL  33143
305-668-3226 Fax 305-668-9866

Allan R. Kelley, Esq.
Fowler, White, et al.
100 S.E. Second Street
17th Floor
Miami  FL  33131-1101
305-789-9200 Fax 305-789-9201

Jonathan W. Skipp, Esq.
Horr, Novak & Skipp
9100 South Dadeland Boulevard
Suite 1104
Miami  FL  33156
305-670-2525 Fax 305-670-2526