UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

| | |
|---|---|
| ANGOLA SHIPPING LTD., BAHAMAS,<br><br>    Plaintiff,<br><br>v.<br><br>M/V "SUN ECLIPSE," its engines, tackle, appurtenances, etc., in rem,<br><br>    Defendant,<br><br>v.<br><br>HVIDE MARINE, INC.,<br><br>    Third Party Defendant. | CASE NO. 00-6101-Civ-Huck<br><br>**MOTION TO COMPEL** |

COMES NOW the Claimant Owner, ISLAND REEF HOLDINGS LIMITED ("ISLAND REEF"), by and through its undersigned counsel, and moves this honorable court for an order requiring Plaintiff to provide a response to all of Defendant's Requests for Production as follows:

1. By letter of August 22, 2000, Defendant ISLAND REEF notified Plaintiff that documents had not been provided in response to our Request for Production Nos. 1 and 2, a privilege log for Request No. 5, a supplemental response to Request No. 6, a privilege log for Request No. 7, and proof of payment of any invoices in Response to Requests Nos. 8 and 9. Plaintiff was also advised that they had not provided the attachments to the McCrory & Associates survey report, nor the supplemental or final reports, nor the report or any documents prepared by Martin Castellino.



2. In the August 22, 2000, letter, Plaintiff was reminded that he had agreed to provide these documents in a meeting held on August 11, 2000. A copy of the letter is attached as Exhibit "A."

3. On September 13, 2000, ISLAND REEF again notified Plaintiff that the requested documents had not been provided and requested that the documents be provided within ten (10) days. A copy of the letter is attached as Exhibit "B."

4. On September 19, 2000, Plaintiff stated in a letter that he had requested the information from the owner that day and stated he would advise ISLAND REEF when the documents were received. A copy of this letter is attached as Exhibit "C."

5. On November 6, 2000, December 8, 2000, and January 3, 2001, ISLAND REEF again notified Plaintiff that the documents had not been provided and specifically asked that the documents be provided prior to the scheduled mediation on January 8, 2001. A copy of these letters are attached as Exhibits "D," "E," and "F."

6. In early January, Defendant again discussed with Plaintiff's counsel, the Plaintiff's failure to produce the requested and agreed upon documents. Plaintiff's counsel again stated the documents would be furnished in the very near future.

7. Plaintiff has failed to provide the documents as of this date and therefore Defendant requests the assistance of the court to compel their production. A proposed order is attached.

WHEREFORE, the Claimant/Owner, Island Reef Holdings Limited, prays that its Motion to Compel be granted; that Plaintiff be compelled to provide full and complete answers to its First

CASE NO. 00-6101-Civ-Huck

Request for Production within ten (10) days; for its attorneys' fees and costs; and for such other and further relief deemed just and proper under the circumstances.

Respectfully submitted,

/s/ Allan R. Kelley
Fla. Bar No. 309893

FOWLER, WHITE, BURNETT, HURLEY,
 BANICK & STRICKROOT, P.A.
Bank of America Tower, 17th Floor
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

## CERTIFICATE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 6th day of February, 2001 to Michael F. Guilford, Esq., Michael Guilford, P.A., 8603 South Dixie Highway, Suite 315, Coral Gables, FL 33143-7807, and Jonathan W. Skipp, Esq., Horr, Linfors, Skipp & Novak, P.A., Suite 1001, One Datran Center, 9100 South Dadeland Boulevard, Miami, FL 33156.

/s/ Allan R. Kelley

[clk] W:\53082\MTNCPL26.BPH{2/6/1-11:19}

## LAW OFFICES
## FOWLER, WHITE, BURNETT, HURLEY, BANICK & STRICKROOT
### A PROFESSIONAL ASSOCIATION

MICHAEL AGLIATA
STUART H. ALTMAN
RICHARD S. BANICK
DAVID O. BATISTA
NELSON C. BELLIDO
PAUL S. BERGER
MARIANA C. BLANCO
EDWARD J. BRISCOE
PETER M. BROOKE
MORTON P. BROWN
MICHAEL B. BUCKLEY
HENRY BURNETT
WILLIAM R. CLAYTON
KIMBERLY A. COOK
JAMES D. DeCHURCH
PETER J. DELAHUNTY

CHARLES GULLETTE De LEO
RICHARD E. DOUGLAS
BRIAN D. ELIAS
DAVID ELTRINGHAM
JOHN H. FRIEDHOFF
DAVID A. FRIEDMAN
MICHAEL A. GARCIA
PATRICK E. GONYA, JR.
HOWARD W. GORDON
ALAINE S. GREENBERG
S. JOANNE GREER
BRIAN P. HILL
MARIA ISABEL HOELLE
JUNE GALKOSKI HOFFMAN
JAMES N. HURLEY
ELIZABETH P. JOHNSON

RORY E. JURMAN
ALLAN R. KELLEY
CHRISTOPHER E. KNIGHT
MICHAEL N. KREITZER
DONALD E. KUBIT
JAN M. KUYLENSTIERNA
FRED K. LICKSTEIN
PATTI A. MEEKS
ALIX C. MICHEL
JAMES P. MURRAY
RONALD G. NEIWIRTH
FRED R. OBER
J. MICHAEL PENNEKAMP
ALAN J. PERLMAN
BRAD K. SAUNDERS
BARRY N. SEMET

RONALD D. SHINDLER
SARA SOTO
STEVEN E. STARK
JOHN C. STRICKROOT
NORMAN I. WEIL
ALAN G. WILLIAMS
RICHARD A. WOOD

CODY FOWLER (1892-1978)
MORRIS E. WHITE (1892-1988)
JAMES L. HURLEY (1920-1989)

BANK OF AMERICA TOWER
SEVENTEENTH FLOOR
100 SOUTHEAST SECOND STREET
MIAMI, FLORIDA 33131
TELEPHONE (305) 789-9200
FACSIMILE (305) 789-9201

NORTHBRIDGE CENTRE
515 NORTH FLAGLER DRIVE
SUITE 300 PAVILION
WEST PALM BEACH, FLORIDA 33401
TELEPHONE (561) 802-9044
FACSIMILE (561) 802-4107

WWW.FOWLER-WHITE.COM

REPLY TO MIAMI OFFICE

August 22, 2000

**VIA FACSIMILE**

Michael Guilford, P.A.
8603 South Dixie Highway
Suite 315
Coral Gables, FL 33143-7807

Attention: Michael F. Guilford, Esq.

Re: M/V "SUN ECLIPSE"
M/V "ANGOLA"
Collision at Port Everglades, Florida
January 14, 2000
Our File No.: 53082-ARK

Dear Mike:

In reviewing our file, we note that we have not received the documents in response to our Request for Production Nos. 1 and 2, a privilege log for Response to Request No. 5, a supplemental response to Request No. 6, a privilege log for Request No. 7, and proof of payment of any invoices in Response to Requests Nos. 8 and 9. We also note that you have not provided us with any of the attachments to the McCrory & Associates survey report, his supplemental or final reports, or the report or any documents prepared by Martin Castellino, such as his preliminary report, field survey report, etc.

We, therefore, request that you provide us with this information and documentation together with the information and documentation which you agreed to produce during our meeting on Friday, August 11, 2000 as soon as possible.

We thank you for your kind assistance and cooperation in this matter. Should you have any questions, or if we can assist you in any other way, please do not hesitate to contact us.

Very truly yours,

FOWLER, WHITE, BURNETT, HURLEY,
BANICK & STRICKROOT, P.A.

Allan R. Kelley

[clk] W:\53082\LETOPP00.ARK {8/22/0-10:4}



EXHIBIT "A"

LAW OFFICES
# FOWLER, WHITE, BURNETT, HURLEY, BANICK & STRICKROOT
### A PROFESSIONAL ASSOCIATION

MICHAEL AGLIATA
STUART H. ALTMAN
RICHARD S. BANICK
DAVID O. BATISTA
NELSON C. BELLIDO
PAUL S. BERGER
MARIANA C. BLANCO
EDWARD J. BRISCOE
PETER M. BROOKE
MORTON P. BROWN
MICHAEL B. BUCKLEY
HENRY BURNETT
WILLIAM R. CLAYTON
KIMBERLY A. COOK
JAMES D. DeCHURCH
PETER J. DELAHUNTY

CHARLES GULLETTE De LEO
RICHARD E. DOUGLAS
BRIAN D. ELIAS
DAVID ELTRINGHAM
JOHN H. FRIEDHOFF
DAVID A. FRIEDMAN
MICHAEL A. GARCIA
PATRICK E. GONYA, JR.
HOWARD W. GORDON
ALAINE S. GREENBERG
S. JOANNE GREER
BRIAN P. HILL
MARIA ISABEL HOELLE
JUNE GALKOSKI HOFFMAN
JAMES N. HURLEY
ELIZABETH P. JOHNSON

RORY E. JURMAN
ALLAN R. KELLEY
CHRISTOPHER E. KNIGHT
MICHAEL N. KREITZER
DONALD E. KUBIT
JAN M. KUYLENSTIERNA
FRED K. LICKSTEIN
PATTI A. MEEKS
ALIX C. MICHEL
JAMES P. MURRAY
RONALD G. NEIMIRTH
FRED R. OBER
J. MICHAEL PENNEKAMP
ALAN J. PERLMAN
BRAD K. SAUNDERS
BARRY N. SEMET

RONALD D. SHINDLER
SARA SOTO
STEVEN E. STARK
JOHN C. STRICKROOT
NORMAN I. WEIL
ALAN G. WILLIAMS
RICHARD A. WOOD

CODY FOWLER (1892-1978)
MORRIS E. WHITE (1892-1988)
JAMES L. HURLEY (1920-1989)

BANK OF AMERICA TOWER
SEVENTEENTH FLOOR
100 SOUTHEAST SECOND STREET
MIAMI, FLORIDA 33131
TELEPHONE (305) 789-9200
FACSIMILE (305) 789-9201

NORTHBRIDGE CENTRE
515 NORTH FLAGLER DRIVE
SUITE 300 PAVILION
WEST PALM BEACH, FLORIDA 33401
TELEPHONE (561) 802-9044
FACSIMILE (561) 802-4107

WWW.FOWLER-WHITE.COM

REPLY TO MIAMI OFFICE

September 13, 2000

**VIA FACSIMILE**

Michael Guilford, P.A.
8603 South Dixie Highway
Suite 315
Coral Gables, FL 33143-7807

Attention:   Michael F. Guilford, Esq.

Re:   M/V "SUN ECLIPSE"
      M/V "ANGOLA"
      Collision at Port Everglades, Florida
      January 14, 2000
      Our File No.: 53082-ARK

Dear Mike:

In reviewing our file, we note that we have not received any of the information or documentation which you agreed to provide to us during our meeting on Friday, August 11, 2000 or any of the information referred to in our telefax to you dated August 22, 2000, a copy of which is enclosed for your reference.

We, therefore, request that you provide us with this necessary information and documentation and your further comments concerning settlement within ten (10) days. We also request that you identify the individual whom you would produce as the representative with the most personal information and/or knowledge concerning this claim and when you would be able to produce them for deposition within the next thirty (30) days.

We thank you for your kind assistance and cooperation in this matter. Should you have any questions, or if we can assist you in any other way, please do not hesitate to contact us.

Very truly yours,

FOWLER, WHITE, BURNETT, HURLEY,
BANICK & STRICKROOT, P.A.

Allan R. Kelley

Enclosure

cc:   Jonathan W. Skipp, Esq.

[clk] W:\53082\LETOPP73.ARK(9/13/0-14:6)


EXHIBIT "B"

LAW OFFICES
# MICHAEL F. GUILFORD, P.A.

DAVID B. MISHAEL  
———————  
OF COUNSEL

SUITE 315  
8603 SOUTH DIXIE HIGHWAY  
Miami, Florida 33143

TELEPHONE (305) 668-3226  
FACSIMILE (305) 668-9866  
EMAIL: mfguilford@aol.com

September 19, 2000

**Via U.S. Mail And**
**Facsimile (305) 789-9201**

Allan R. Kelley, Esquire
Fowler, White, Burnett, et al.
100 Southeast 2nd Street
NationsBank Tower, 17th Floor
Miami, Florida 33131

Re:   **M/V SUN ECLIPSE**
      **M/V ANGOLA**
      **Collision at Port Everglades, Florida**
      **January 14, 2000**
      **Your Reference No. 53082-ARK**
      **Our Reference No. 7187**

Dear Mr. Kelley:

Thank you for yours of August 22, 2000 and September 13, 2000. I have requested the information that we discussed at our meeting on August 11, 2000. Unfortunately, it appears that the letter went astray and has been resent to Mr. Kappelin today, September 19, 2000. I will contact you as soon as I receive a response from the owner.

Sincerely,

MICHAEL F. GUILFORD
MFG/acj

EXHIBIT "C"

## LAW OFFICES
## FOWLER, WHITE, BURNETT, HURLEY, BANICK & STRICKROOT
### A PROFESSIONAL ASSOCIATION

| | | | | |
|---|---|---|---|---|
| MICHAEL AGLIATA | PETER J. DELAHUNTY | JAMES N. HURLEY | BRAD K. SAUNDERS | BANK OF AMERICA TOWER |
| STUART H. ALTMAN | CHARLES GULLETTE De LEO | ELIZABETH P. JOHNSON | MARC J. SCHLEIER | SEVENTEENTH FLOOR |
| IVETTE L. ARANGO | ENA T. DIAZ | RORY ERIC JURMAN | BARRY N. SEMET | 100 SOUTHEAST SECOND STREET |
| RICHARD S. BANICK | RICHARD E. DOUGLAS | ALLAN R. KELLEY | RONALD D. SHINDLER | MIAMI, FLORIDA 33131 |
| DAVID O. BATISTA | BRIAN D. ELIAS | CHRISTOPHER E. KNIGHT | SARA SOTO | TELEPHONE (305) 789-9200 |
| NELSON C. BELLIDO | DAVID ELTRINGHAM | MICHAEL N. KREITZER | STEVEN E. STARK | FACSIMILE (305) 789-9201 |
| PAUL S. BERGER | JOHN H. FRIEDHOFF | DONALD E. KUBIT | JOEL STEWART | |
| MARIANA C. BLANCO | DAVID A. FRIEDMAN | JAN M. KUYLENSTIERNA | JOHN C. STRICKROOT | NORTHBRIDGE CENTRE |
| EDWARD J. BRISCOE | MICHAEL A. GARCIA | FRED K. LICKSTEIN | NORMAN I. WEIL | 515 NORTH FLAGLER DRIVE |
| PETER M. BROOKE | PATRICK E. GONYA, JR. | PATTI A. MEEKS | ALAN G. WILLIAMS | SUITE 300 PAVILION |
| MORTON P. BROWN | HOWARD W. GORDON | ALIX C. MICHEL | RICHARD A. WOOD | WEST PALM BEACH, FLORIDA 33401 |
| MICHAEL B. BUCKLEY | ALAINE S. GREENBERG | JAMES P. MURRAY | | TELEPHONE (561) 802-9044 |
| HENRY BURNETT | S. JOANNE GREER | RONALD G. NEIWIRTH | CODY FOWLER (1892-1978) | FACSIMILE (561) 802-4107 |
| WILLIAM R. CLAYTON | BRIAN P. HILL | FRED R. OBER | MORRIS E. WHITE (1892-1988) | |
| KIMBERLY A. COOK | MARIA ISABEL HOELLE | J. MICHAEL PENNEKAMP | JAMES L. HURLEY (1920-1989) | WWW.FOWLER-WHITE.COM |
| JAMES D. DeCHURCH | JUNE GALKOSKI HOFFMAN | ALAN J. PERLMAN | | |

REPLY TO MIAMI OFFICE

November 6, 2000

VIA FACSIMILE

Michael Guilford, P.A.
8603 South Dixie Highway
Suite 315
Coral Gables, FL 33143-7807

Attention:   Michael F. Guilford, Esq.

Re:   M/V "SUN ECLIPSE"
      M/V "ANGOLA"
      Collision at Port Everglades, Florida
      January 14, 2000
      Our File No.: 53082-ARK

Dear Mike:

We refer to our letters to you dated August 22, 2000 and September 13, 2000 and our meeting of August 11, 2000 wherein you agreed to provide us with certain information and documentation relating to this claim. To date, we have not received any of this information and documentation and it is essential that we be provided with same as soon as practicable so that we can attempt to resolve this claim and/or otherwise prepare for mediation on January 8, 2001.

We intend to have our client's representative attend the mediation via telephone. We trust that you will have no objection to same just as we will have no objection to your client's attending via phone if desired.

We thank you for your kind and prompt assistance and cooperation in this matter. Should you have any questions, or if we can assist you in any other way, please do not hesitate to contact us.

Very truly yours,

FOWLER, WHITE, BURNETT, HURLEY,
BANICK & STRICKROOT, P.A.

Allan R. Kelley

Enclosure

cc:   Jonathan W. Skipp, Esq.

[clk] W:\53082\LETOPP57.ARK(11/6/0-9:58)



EXHIBIT "D"

## LAW OFFICES
## FOWLER, WHITE, BURNETT, HURLEY, BANICK & STRICKROOT
### A PROFESSIONAL ASSOCIATION

| | | | | |
|---|---|---|---|---|
| MICHAEL AGLIATA | PETER J. DELAHUNTY | JAMES N. HURLEY | BRAD K. SAUNDERS | BANK OF AMERICA TOWER |
| STUART H. ALTMAN | CHARLES GULLETTE De LEO | ELIZABETH P. JOHNSON | MARC J. SCHLEIER | SEVENTEENTH FLOOR |
| IVETTE L. ARANGO | ENA T. DIAZ | RORY ERIC JURMAN | BARRY N. SEMET | 100 SOUTHEAST SECOND STREET |
| RICHARD S. BANICK | RICHARD E. DOUGLAS | ALLAN R. KELLEY | RONALD D. SHINDLER | MIAMI, FLORIDA 33131 |
| DAVID O. BATISTA | BRIAN D. ELIAS | CHRISTOPHER E. KNIGHT | SARA SOTO | TELEPHONE (305) 789-9200 |
| NELSON C. BELLIDO | DAVID ELTRINGHAM | MICHAEL N. KREITZER | STEVEN E. STARK | FACSIMILE (305) 789-9201 |
| PAUL S. BERGER | JOHN H. FRIEDHOFF | DONALD E. KUBIT | JOEL STEWART | |
| MARIANA C. BLANCO | DAVID A. FRIEDMAN | JAN M. KUYLENSTIERNA | JOHN C. STRICKROOT | NORTHBRIDGE CENTRE |
| EDWARD J. BRISCOE | MICHAEL A. GARCIA | FRED K. LICKSTEIN | NORMAN I. WEIL | 515 NORTH FLAGLER DRIVE |
| PETER M. BROOKE | PATRICK E. GONYA, JR | PATTI A. MEEKS | ALAN G. WILLIAMS | SUITE 300 PAVILION |
| MORTON P. BROWN | HOWARD W. GORDON | ALIX C. MICHEL | RICHARD A. WOOD | WEST PALM BEACH, FLORIDA 33401 |
| MICHAEL B. BUCKLEY | ALAINE S. GREENBERG | JAMES P. MURRAY | | TELEPHONE (561) 802-9044 |
| HENRY BURNETT | S. JOANNE GREER | RONALD G. NEIWIRTH | CODY FOWLER (1892-1978) | FACSIMILE (561) 802-4107 |
| WILLIAM R. CLAYTON | BRIAN P. HILL | FRED R. OBER | MORRIS E. WHITE (1892-1988) | |
| KIMBERLY A. COOK | MARIA ISABEL HOELLE | J. MICHAEL PENNEKAMP | JAMES L. HURLEY (1920-1989) | WWW.FOWLER-WHITE.COM |
| JAMES D. DeCHURCH | JUNE GALKOSKI HOFFMAN | ALAN J. PERLMAN | | |

REPLY TO MIAMI OFFICE

December 8, 2000

**VIA FACSIMILE**

Michael Guilford, P.A.
8603 South Dixie Highway
Suite 315
Coral Gables, FL 33143-7807

Attention:    Michael F. Guilford, Esq.

Re:    M/V "SUN ECLIPSE"
       M/V "ANGOLA"
       Collision at Port Everglades, Florida
       January 14, 2000
       Our File No.: 53082-ARK

Dear Mike:

We still have not received your supplemental discovery responses. Please send these to us as soon as possible. We also note that your expert witness disclosure was due on December 4, 2000. Please immediately provide us with this information as well.

We thank you for your prompt attention to this matter.

Very truly yours,

FOWLER, WHITE, BURNETT, HURLEY,
BANICK & STRICKROOT, P.A.

Allan R. Kelley

[clk] W:\53082\LETOPP68.ARK [12/8/0-12:10]


EXHIBIT "E"

LAW OFFICES
# FOWLER, WHITE, BURNETT, HURLEY, BANICK & STRICKROOT
A PROFESSIONAL ASSOCIATION

| | | | | |
|---|---|---|---|---|
| MICHAEL AGLIATA | PETER J. DELAHUNTY | JAMES N. HURLEY | ALAN J. PERLMAN | BANK OF AMERICA TOWER |
| STUART H. ALTMAN | CHARLES GULLETTE De LEO | ELIZABETH P. JOHNSON | BRAD K. SAUNDERS | SEVENTEENTH FLOOR |
| IVETTE L. ARANGO | ENA T. DIAZ | RORY ERIC JURMAN | MARC J. SCHLEIER | 100 SOUTHEAST SECOND STREET |
| RICHARD S. BANICK | RICHARD E. DOUGLAS | ALLAN R. KELLEY | BARRY N. SEMET | MIAMI, FLORIDA 33131 |
| DAVID O. BATISTA | BRIAN D. ELIAS | CHRISTOPHER E. KNIGHT | RONALD D. SHINDLER | TELEPHONE (305) 789-9200 |
| NELSON C. BELLIDO | DAVID ELTRINGHAM | MICHAEL N. KREITZER | SARA SOTO | FACSIMILE (305) 789-9201 |
| PAUL S. BERGER | JOHN H. FRIEDHOFF | DONALD E. KUBIT | STEVEN E. STARK | |
| MARIANA C. BLANCO | DAVID A. FRIEDMAN | JAN M. KUYLENSTIERNA | JOEL STEWART | NORTHBRIDGE CENTRE |
| EDWARD J. BRISCOE | MICHAEL A. GARCIA | ADAM J. LAUFER | JOHN C. STRICKROOT | 515 NORTH FLAGLER DRIVE |
| PETER M. BROOKE | PATRICK E. GONYA, JR. | FRED K. LICKSTEIN | NORMAN I. WEIL | SUITE 300 PAVILION |
| MORTON P. BROWN | HOWARD W. GORDON | PATTI A. MEEKS | ALAN G. WILLIAMS | WEST PALM BEACH, FLORIDA 33401 |
| MICHAEL B. BUCKLEY | ALAINE S. GREENBERG | ALIX C. MICHEL | RICHARD A. WOOD | TELEPHONE (561) 802-9044 |
| HENRY BURNETT | S. JOANNE GREER | JAMES P. MURRAY | | FACSIMILE (561) 802-4107 |
| WILLIAM R. CLAYTON | BRIAN P. HILL | RONALD G. NEIWIRTH | CODY FOWLER (1892-1978) | |
| KIMBERLY A. COOK | MARIA ISABEL HOELLE | FRED R. OBER | MORRIS E. WHITE (1892-1968) | WWW.FOWLER-WHITE.COM |
| JAMES D. DeCHURCH | JUNE GALKOSKI HOFFMAN | J. MICHAEL PENNEKAMP | JAMES L. HURLEY (1920-1989) | |
| | | | | REPLY TO MIAMI OFFICE |

January 3, 2001


VIA FACSIMILE

Michael Guilford, P.A.
8603 South Dixie Highway
Suite 315
Coral Gables, FL 33143-7807

Attention:   Michael F. Guilford, Esq.

Re:   M/V "SUN ECLIPSE"
      M/V "ANGOLA"
      Collision at Port Everglades, Florida
      January 14, 2000
      Our File No.: 53082-ARK

Dear Mike:

In reviewing our file, we note that we have still not received any additional information or documentation, including supplemental responses to discovery or expert witness disclosures, from you despite your assurance that we would receive same before Christmas. Please provide us with this essential information and documentation by the end of this week so that we may have it in hand before the mediation on Monday, January 8, 2001.

We thank you for your cooperation in this matter. Should you have any questions, or if we can assist you in any other way, please do not hesitate to contact us. We also take this opportunity to wish you and yours a healthy and happy New Year.

Very truly yours,

FOWLER, WHITE, BURNETT, HURLEY,
BANICK & STRICKROOT, P.A.

Allan R. Kelley

[clk] W:\53082\LETOPP10.ARK{1/3/1-10:18}


EXHIBIT "F"