UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

ANGOLA SHIPPING LTD., BAHAMAS,

    Plaintiff,

v.

M/V "SUN ECLIPSE," its engines, tackle,
appurtenances, etc., in rem,

    Defendant,

v.

HVIDE MARINE, INC.,

    Third Party Defendant.

CASE NO. 00-6101-Civ-Huck



## DEFENDANT'S WITNESS LIST

COMES NOW, Defendant, M/V SUN ECLIPSE, by and through undersigned counsel and pursuant to this Court's Pre-trial Order and hereby files its Preliminary Witness List for Trial:

1.    Mr. Tom Warren, Crowley American Transport, Inc.
      4300 Macintosh Road
      Port Everglades, Florida 33316

2.    Andy Giovence, Nelson and Associates, surveyor hired by Hvide
      Nelson & Associates
      7501 N.W. 4th Street, Suite 110
      Ft. Lauderdale, Florida 33317



**NON-COMPLIANCE OF S.D. fla. L.R.** 2 1.B

CASE NO. 00-6101-Civ-Zloch

3. Martin Castelino, Maritime Consulting, Inc.
14750 S.W. 95th Ave.
Miami, Florida 33176

4. *Mr. James McCrory, surveyor, McCrory & Associates
5224 S.W. 89th Ave.
Miami, Florida 33165

5. Erik Kappelin, surveyor, Scandinavian Marine Claims Office
250 Catalonia Ave., Suite 304
Coral Gables, Florida 33134

6. Operator of Tug HOLLYWOOD on 1/14/00
c/o Port Everglades Towing
2200 Eller Dr.
P.O. Box 13038
Ft. Lauderdale, Florida 33316

7. Operator of Tug BROWARD
c/o Port Everglades Towing
2200 Eller Dr.
P.O. Box 13038
Ft. Lauderdale, Florida 33316

8. Corporate Representative from Hvide Marine
2200 Eller Dr.
P.O. Box 13038
Ft. Lauderdale, Florida 33316

9. G. W. Dunton, Pilot Consultant
1770 Hammock Dr.
Amelia Island, Florida 32034

10. *Captain Jeffrey Gresham
C.L. Marine, Inc.
33 S.E. 5th Street, #B
Boca Raton, Florida 33432

11. G. M. Sarabezolles, Master of SUN ECLIPSE

12. Chief Officer, SUN ECLIPSE

13. Captain J. Wesserling, Master of ANGOLA

CASE NO. 00-6101-Civ-Zloch

14. Marcin Jaworowiza, Chief Officer of ANGOLA

15. Zbigniew Jankowski, Second Officer of ANGOLA

16. Corporate Representative of Seafreight Line, Ltd., local charterer
    2800 N.W. 105th Ave.
    Miami, Florida 33172

17. Corporate Representative of Port Everglades Towing
    2200 Eller Dr.
    P.O. Box 13038
    Ft. Lauderdale, Florida 33316

18. All witnesses identified by Plaintiff in its witness list

19. Impeachment witnesses

20. Defendant reserves the right to supplment its witness list as additional information is acquired during ongoing discovery.

*denotes expert

                          Respectfully submitted,

                          Brian P. Hill
                          Fla. Bar No. 080410
                          FOWLER, WHITE, BURNETT, HURLEY,
                          BANICK & STRICKROOT, P.A.
                          Bank of America Tower, 17th Floor
                          100 Southeast Second Street
                          Miami, Florida 33131
                          Telephone: (305) 789-9200
                          Facsimile: (305) 789-9201

CASE NO. 00-6101-Civ-Zloch

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___ day of February, 2001 to Michael F. Guilford, Esq., Michael Guilford, P.A., 8603 South Dixie Highway, Suite 315, Coral Gables, FL 33143-7807 and Jonathan W. Skipp, Esq., Horr, Linfors, Skipp & Novak, P.A., Suite 1001, One Datran Center, 9100 South Dadeland Boulevard, Miami, FL 33156.

Brian P. Hill

{mxh1 W:\53082\WTLST20 BPH{2/21-1-17:34}