UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION



ANGOLA SHIPPING LTD., BAHAMAS,

   Plaintiff,

v.

M/V "SUN ECLIPSE," its engines, tackle,
appurtenances, etc., in rem,

   Defendant,

v.

HVIDE MARINE, INC.,

   Third Party Defendant.

CASE NO. 00-6101-Civ-Huck

### DEFENDANT'S EXHIBIT LIST

COMES NOW, Defendant, M/V SUN ECLIPSE, by and through undersigned counsel and pursuant to this Court's Pre-trial Order and hereby files its Exhibit List for Trial:

1. Charterparty between M/V ANGOLA and Seafreight Line Ltd, Miami.

2. Charterparty between M/V SUN ECLIPSE and Crowley American

3. Letter putting HVIDE on notice of suit dated January 19, 2000.

4. Coast Guard Investigation.

5. Letter of Undertaking dated January 26, 2000.

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.B.

CASE NO. 00-6101-Civ-Zloch

-2-

6. Stipulation for Release of Vessel.

7. Lloyds Conditions on Recertification from Class.

8. All responses to Requests for Production

9. All responses to Interrogatories.

10. Survey prepared by Erik Kappelin, on behalf of Scandinavian Marine Claims Office, Inc. Dated February 7, 2000, with Enclosure and Photographs.

11. Survey prepared by C & L Marine, with Addendum.

12. Statement of J. Wesserling, Master of SUN ECLIPSE

13. Log of SUN ECLIPSE

14. Log of ANGOLA

15. Dimension/Particulars of M/V SUN ECLIPSE

16. Weather Report for January 14, 2000 at Port Everglades area.

17. Photographs of both vessels concerning the incident.

18. James McCrory's Preliminary Survey Report

19. Port Everglades Towing's Conditions and Rates for Tug Services

20. Port Everglades Towing Tariff No. 16

21. C & L Marine's Crane Cab Installation Inspection bill dated February 16, 2000.

22. Invoices for repairs to ANGOLA

23. Survey Report from Scandinavian Marine Claims Office, Inc., dated Feb 7, 2000.

24. All exhibits identified by Plaintiff in its exhibit list

25. All depositions and their enclosures in this matter.

CASE NO. 00-6101-Civ-Zloch

-3-

26. Defendant reserves the right to supplment its exhibit list as additional information is acquired during ongoing discovery.

Respectfully submitted,

_____
Brian P. Hill
Fla. Bar No. 080410
FOWLER, WHITE, BURNETT, HURLEY,
 BANICK & STRICKROOT, P.A.
Bank of America Tower, 17th Floor
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___ day of February, 2001 to Michael F. Guilford, Esq., Michael Guilford, P.A., 8603 South Dixie Highway, Suite 315, Coral Gables, FL 33143-7807 and Jonathan W. Skipp, Esq., Horr, Linfors, Skipp & Novak, P.A., Suite 1001, One Datran Center, 9100 South Dadeland Boulevard, Miami, FL 33156.

_____
Brian P. Hill

{mivn} W: 55062 EXHBI195.BPH{2/21 1-17:22}