UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

ANGOLA SHIPPING LTD., BAHAMAS

    Plaintiff,

v.

M/V "SUN ECLIPSE," its engines, tackle
appurtenances, etc., in rem,

    Defendant,

v.

HVIDE MARINE, INC.,

    Third Party Defendant.

CASE NO.: 00-6101-Civ-Huck
Magistrate Judge Stephen Brown

## PLAINTIFF'S EXHIBIT LIST

COMES NOW, Plaintiff, ANGOLA SHIPPING LTD., BAHAMAS, by and through their

undersigned counsel and pursuant to this court's Pre-trial order and hereby files its Exhibit List

for Trial:

1.    Charterparty between M/V ANGOLA and Seafreight Line Ltd., Miami;

2.    Charterparty between M/V/ SUN ECLIPSE and Crowley American;

3.    Letter putting HVIDE on notice of suit dated January 19, 2000;

4.    Coast Guard Investigation;

5.    Letter of Undertaking dated January 26, 2000;

6.    Stipulation for Release of Vessel ;

7.    Lloyds Conditions on Recertification from Class;



00-6101-CIV-ZLOCH

8.      All responses to Requests for Production;

9.      All responses to Interrogatories;

10.     Survey prepared by Erik Kappelin, on behalf of Scandinavian Marine Claims Office, Inc. Dated February 7, 2000, with Enclosure and Photographs.

11.     Survey prepared by C & L Marine, with Addendum.

12.     Statement of J. Wesserling, Master of SUN ECLIPSE

13.     Log of SUN ECLIPSE

14.     Log of ANGOLA

15.     Dimension/Particulars of M/V SUN ECLIPSE

16.     Weather report for January 14, 2000 at Port Everglades area.

17.     Photographs of both vessels concerning the incident

18.     James McCrory's Preliminary Survey Report

19.     Port Everglades Towing's Conditions and Rates for Tug Services

20.     Port Everglades towing Tariff No. 16

21.     C&L Marine's Crane Cab Installation Inspection bill dated February 16, 2000

22.     Invoices for repairs to ANGOLA

23.     Survey Report from Scandinavian Marine Claims Office, Inc., dated February 7, 2000

24.     All exhibits identified by Defendant in its exhibit list

25.     All depositions and their enclosures in this matter

26.     Plaintiff reserves the right to supplement its exhibit list as additional information is acquired during ongoing discovery.

00-6101-CIV-ZLOCH

LAW OFFICES OF MICHAEL F. GUILFORD, P.A.
Attorneys for PLAINTIFF
Suite 315, 8603 South Dixie Highway
Miami, Florida  33143
Telephone:  (305) 668-3226
Facsimile:  (305) 668-9866

By: _____
       MICHAEL F. GUILFORD
       Florida Bar Number 516066

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via First Class U. S. Mail to:  **Allan R. Kelley, Esquire**, Fowler White Burnett Hurley Banick & Strickroot, P.A., 17th Floor, NationsBank Tower, 100 Southeast Second Street, Miami, Florida 33131 and **Jonathan W. Skipp, Esq.**, Horr, Novak & Skipp, P.A., Suite 1001, One Datran Center, 9100 South Dadeland Blvd., Miami, Florida 33156, on this _____ day of March, 2001.

LAW OFFICES OF MICHAEL F. GUILFORD, P.A.
Attorneys for PLAINTIFF
Suite 315, 8603 South Dixie Highway
Miami, Florida  33143
Telephone:  (305) 668-3226
Facsimile:  (305) 668-9866

By: _____
       MICHAEL F. GUILFORD
       Florida Bar Number 516066