UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION



ANGOLA SHIPPING LTD., BAHAMAS

    Plaintiff,

v.

M/V "SUN ECLIPSE," its engines, tackle appurtenances, etc., in rem,

    Defendant,

v.

HVIDE MARINE, INC.,

    Third Party Defendant.

CASE NO.: 00-6101-Civ-Huck
Magistrate Judge Stephen Brown

### PLAINTIFF'S WITNESS LIST

COMES NOW, Plaintiff, ANGOLA SHIPPING LTD., BAHAMAS, by and through their undersigned counsel and pursuant to this court's Pre-trial order and hereby files its Preliminary Witness List for Trial:

1. Mr. Tom Morin, Crowley American Transport, Inc.
   4300 Macintosh Road
   Port Everglades, Florida 33316

2. Andy Giovence, Nelson and Associates, surveyor hired by Hvide
   Nelson & Associates
   7501 NW 4th Street, Suite 110
   Ft. Lauderdale, Florida 33317

3. *Martin Castelino, Maritime Consulting, Inc.
   14750 SW 95th Avenue
   Miami, Florida 33176



00-6101-CIV-ZLOCH

4. *Mr. James McCrory, surveyor, McCrory & Associates
   5224 SW 89th Avenue
   Miami, Florida 33165

5. *Erik Kappelin, surveyor, Scandinavian Marine Claims Office
   250 Catalonia Avenue, Suite 304
   Coral Gables, Florida 33134

6. *Mac Arison
   F.H. Bertling
   Reederei GmbH
   Ost West Strasse 49
   20457 Hamburg
   Germany

7. Corporate Representative
   F.H. Bertling
   Reederei GmbH
   Ost West Strasse 49
   20457 Hamburg
   Germany

8. *Adain Sabramonicy
   F.H. Bertling
   Reederei GmbH
   Ost West Strasse 49
   20457 Hamburg
   Germany

9. *Adrian Becke
   MacGregor GmbH
   Normannenweg 24
   20537 Hamburg
   Germany

10. Operator of Tug HOLLYWOOD on 1/14/00
    c/o Port Everglades Towing
    2200 Eller Dr.
    P.O. Box 13038
    Ft. Lauderdale, Florida 33316

00-6101-CIV-ZLOCH

11. Operator of Tug BROWARD
    c/o Port Everglades Towing
    2200 Eller Dr.
    P.O. Box 13038
    Ft. Lauderdale, Florida 33316

12. Corporate Representative from Hvide Marine
    2200 Eller dr.
    P.O. 13038
    Ft. Lauderdale, Florida 33316

13. G.W. Dunton, Pilot Consultant
    1770 Hammock Dr.
    Amelia Island, Florida 32034

14. Captain Jeffrey Gresham
    C.L. Marine, Inc.,
    33 NE 5th Street, #B
    Boca Raton, Florida 33432

15. G.M. Sarabezolles, Master of SUN ECLIPSE

16. Chief Officer, SUN ECLIPSE

17. Captain J. Wesserling, Master of ANGOLA

18. Marcin Jaworowiza, Chief Officer of ANGOLA

19. Zbigniew Jankowshi, Second Officer of ANGOLA

20. Corporate Representative of African Services, DK, A/S
    8 Dronningens Tvaergade
    DK-1302 Copenhagen K

21. Corporate Representative of Seafreight Line, Ltd., local charterer
    2800 NW 105th Avenue
    Miami, Florida 33172

3

00-6101-CIV-ZLOCH

22. Corporate Representative of Port Everglades Towing
2200 Eller Dr.
P.O. Box 13038
Ft. Lauderdale, Florida 33316

23. All witnesses identified by Defendant in its witness list,

24. Impeachment witnesses.

25. Plaintiff reserves the right to supplement its witness list as additional information is acquired during ongoing discovery.

*denotes expert.

LAW OFFICES OF MICHAEL F. GUILFORD, P.A.
Attorneys for PLAINTIFF
Suite 315, 8603 South Dixie Highway
Miami, Florida 33143
Telephone: (305) 668-3226/Facsimile: (305) 668-9866

By: _____
MICHAEL F. GUILFORD
Florida Bar Number 516066

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via First Class U. S. Mail to: **Allan R. Kelley, Esquire**, Fowler White Burnett Hurley Banick & Strickroot, P.A., 17th Floor, NationsBank Tower, 100 Southeast Second Street, Miami, Florida 33131 and **Jonathan W. Skipp, Esq.**, Horr, Novak & Skipp, P.A., Suite 1001, One Datran Center, 9100 South Dadeland Blvd., Miami, Florida 33156, on this 2nd day of March, 2001.

LAW OFFICES OF MICHAEL F. GUILFORD, P.A.
Attorneys for PLAINTIFF
Suite 315, 8603 South Dixie Highway
Miami, Florida 33143
Telephone: (305) 668-3226/Facsimile: (305) 668-9866

By: _____
MICHAEL F. GUILFORD
Florida Bar Number 516066