00-6101.o1　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　SOUTHERN DISTRICT OF FLORIDA

　　　　　　　　　　　　Case No. 00-6101 CIV HUCK

ANGOLA SHIPPING LTD., BAHAMAS,

　　　Plaintiff,

vs.

M/V "SUN ECLIPSE", its engine, tackle,
appurtenances, etc., in rem,

　　　Defendant,

vs.

HVIDE MARINE, INC.,

　　　Third Party Defendant.
_____/



FILED by _____ D.C.
MAG. SEC.

MAR 0 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.　MIAMI

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

**This matter** is before this Court on Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Compel filed February 28, 2001. The Court having considered the motion, and noting that defendant's counsel does not object, it is therefore **ORDERED AND ADJUDGED** that said motion be and the same is hereby **GRANTED**, through and including March 30, 2001.

　　**DONE AND ORDERED**, in Chambers, at Miami, Florida this 2d day of March, 2001.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　STEPHEN T. BROWN
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

cc:　Honorable Paul C. Huck
　　　Allan R. Kelley, Esq.
　　　Michael F. Guilford, Esq.
　　　Jonathan W. Skipp, Esq.