UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI-DADE COUNTY DIVISION



| | |
|---|---|
| ANGOLA SHIPPING LTD., BAHAMAS<br>    Plaintiff,<br><br>v.<br><br>M/V "SUN ECLIPSE," its engines, tackle appurtenances, etc., in rem,<br><br>    Defendant,<br>v.<br><br>HVIDE MARINE, INC.,<br>    Third Party Defendant. | CASE NO.: 00-6101-Civ-Huck<br>Magistrate Judge Stephen Brown |

### PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

COMES NOW the Plaintiffs, ANGOLA SHIPPING LTD., BAHAMAS, by and through its undersigned counsel, and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and hereby files this Motion for Protective Order and Memorandum of Law regarding Defendant's Notice of Taking Deposition Duces Tecum of Seafreight Logistics Inc., and Seafreight Agencies Inc., and as grounds therefor and in support thereof states and avers as follows:

1.     This case involves an allision between the M/V Angola and M/V Sun Eclipse while the Angola was fast along side her berth at Port Everglades, Florida.

2.     While the M/V Sun Eclipse was attempting to maneuver into her berth, she came in contact with M/V Angola, denting her side shell plate and destroying one of her crane cabs.

3.     Plaintiff has asserted a claim for physical damage to the vessel as well as loss of hire during repairs and for delay loading and discharging caused by the damage to her crane.



00-6101-CIV-HUCK

4. Defendants' have noticed the deposition of the charterer of the Angola at the time of the allision and have requested that charterer bring its entire file concerning its charter with the M/V Angola. Clearly, the entire charter file with regard to the Angola is irrelevant and immaterial, contains items with are financially privileged from disclosure, and would only serve to annoy, harass, or embarrass Plaintiff, ANGOLA SHIPPING LTD., BAHAMAS. Defendant is entitled to documentation concerning loss of hire and/or delay credits given to charterer as a result of damage to M/V Angola, however, the rest and remainder of the file should not be produced nor should any inquiry be allowed. Counsel for Defendant has made several calls to counsel for Defendant but has been unable to make any agreement concerning the subject of this motion.

WHEREFORE, Plaintiff, M/V Angola, respectfully requests this Court enter an Order limiting for the production from non-party Seafreight Agencies, Inc., and Seafreight Logistics, Inc., to only those items which disclose reveal any hire delay or other credits given to charterer for which ANGOLA SHIPPING LTD., BAHAMAS, seeks reimbursements from Defendant, and also likewise limiting the inquiry.

## MEMORANDUM OF LAW

Rule 26(c) provides that "upon motion by a party or by the person from whom discovery is sought accompanied by a certification that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action, and for good cause shown, the court in which the action is pending or alternatively, on matters relating to a deposition, the court in the district where the deposition is to be taken may make any

2

00-6101-CIV-HUCK

order which justice requires to protect a party or person from annoyance, embarrassment, oppression or undue burden or expense, including one or more of the following:

(1)   that the disclosure or discovery not be had;

\*\*\*

(4)   that certain matters not be inquired into, or that the scope of the disclosure or discovery by limited to certain matters.

LAW OFFICES OF MICHAEL F. GUILFORD, P.A.
Attorneys for PLAINTIFF
Suite 315, 8603 South Dixie Highway
Miami, Florida 33143
Telephone: (305) 668-3226
Facsimile: (305) 668-9866

By: _____
MICHAEL F. GUILFORD
Florida Bar Number 516066

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via First Class U. S. Mail and Facsimile to: **Allan R. Kelley, Esquire**, Fowler White Burnett Hurley Banick & Strickroot, P.A., 17th Floor, NationsBank Tower, 100 Southeast Second Street, Miami, Florida 33131 and **Jonathan W. Skipp, Esq.**, Horr, Novak & Skipp, P.A., Suite 1001, One Datran Center, 9100 South Dadeland Blvd., Miami, Florida 33156, on this 5th day of March, 2001.

00-6101-CIV-HUCK

LAW OFFICES OF MICHAEL F. GUILFORD, P.A.
Attorneys for PLAINTIFF
Suite 315, 8603 South Dixie Highway
Miami, Florida 33143
Telephone: (305) 668-3226
Facsimile: (305) 668-9866

By: _____
MICHAEL F. GUILFORD
**Florida Bar Number 516066**