UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

ANGOLA SHIPPING LTD., BAHAMAS,
    Plaintiff,
v.

CASE NO. 00-6101-Civ-Huck

M/V "SUN ECLIPSE," its engines, tackle,
appurtenances, etc., in rem,
    Defendant,
v.

**DEFENDANT'S DISCLOSURE OF EXPERT WITNESSES**

HVIDE MARINE, INC.,
    Third Party Defendant.

    COMES NOW, Defendant, M/V SUN ECLIPSE, by and through undersigned counsel and pursuant to this Court's Pre-trial Order and hereby discloses its expected expert witnesses pursuant to this Court's Pre-Trial Order dated September 11, 2000.

    1.    Jeffrey Gresham, C & L Marine, 33 S.E. 5th Street, #B, Boca Raton, FL 33432
    2.    Mr. James McCrory, McCrory and Associates, 5224 S.W. 89 Avenue, Miami, Florida 33164.
    3.    Defendant reserves the right to supplment its expert witnesses as additional information is acquired during ongoing discovery.

                Allan R. Kelley
                Fla. Bar No. 309893
                FOWLER, WHITE, BURNETT, HURLEY,
                 BANICK & STRICKROOT, P.A.
                Bank of America Tower, 17th Floor
                100 Southeast Second Street
                Miami, Florida 33131
                Telephone: (305) 789-9200
                Facsimile: (305) 789-9201

MAR 1 2 2001

Rec'd in Min Dkt ___ ___

NON-COMPLIANCE OF S.D. Fla. L.R. 7.1B

CASE NO. 00-6101-Civ-Zloch

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 6th day of March, 2001 to Michael F. Guilford, Esq., Michael Guilford, P.A., 8603 South Dixie Highway, Suite 315, Coral Gables, FL 33143-7807, and Jonathan W. Skipp, Esq., Horr, Linfors, Skipp & Novak, P.A., Suite 1001, One Datran Center, 9100 South Dadeland Boulevard, Miami, FL 33156.

_____
Allan R. Kelley

[bph] W:\53082\EXPERT86.BPH{3/5/1-16:35}

-2-

FOWLER, WHITE, BURNETT, HURLEY, BANICK & STRICKROOT, P.A. • 100 SOUTHEAST SECOND STREET, SEVENTEENTH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200