UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DADE DIVISION

ANGOLA SHIPPING LTD., BAHAMAS

    Plaintiff,

v.

M/V "SUN ECLIPSE," its engines, tackle appurtenances, etc., in rem,

    Defendant,

v.

HVIDE MARINE, INC.,

    Third Party Defendant.

CASE NO.: 00-6101-Civ-Huck
Magistrate Judge Stephen Brown

## PLAINTIFF'S EXPERT WITNESS DISCLOSURE

COMES NOW, Plaintiff, ANGOLA SHIPPING LTD., BAHAMAS, by and through their undersigned counsel and hereby files its Preliminary Expert Witness Disclosure for Trial:

1. Martin Castelino, Maritime Consulting, Inc.
   14750 SW 95th Avenue
   Miami, Florida 33176

2. Erik Kappelin, surveyor, Scandinavian Marine Claims Office
   250 Catalonia Avenue, Suite 304
   Coral Gables, Florida 33134

3. Mac Arison
   F.H. Bertling
   Reederei GmbH
   Ost West Strasse 49
   20457 Hamburg
   Germany



00-6101-CIV-HUCK

4.  Adain Sabramonicy
    F.H. Bertling
    Reederei GmbH
    Ost West Strasse 49
    20457 Hamburg
    Germany

5.  Adrian Becke
    MacGregor GmbH
    Normannenweg 24
    20537 Hamburg
    Germany

6.  Captain J. Wesserling, Master of ANGOLA

7.  Marcin Jaworowiza, Chief Officer of ANGOLA

8.  Zbigniew Jankowshi, Second Officer of ANGOLA

9.  Plaintiff reserves the right to supplement its expert witness disclosure as additional information is acquired during ongoing discovery.

> LAW OFFICES OF MICHAEL F. GUILFORD, P.A.
> Attorneys for PLAINTIFF
> Suite 315, 8603 South Dixie Highway
> Miami, Florida 33143
> Telephone: (305) 668-3226
> Facsimile: (305) 668-9866
>
> By: _____
> MICHAEL F. GUILFORD
> Florida Bar Number 516066

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via First Class U. S. Mail to: **Allan R. Kelley, Esquire**, Fowler White Burnett Hurley Banick & Strickroot, P.A., 17th Floor, NationsBank Tower, 100 Southeast Second Street, Miami, Florida 33131 and **Jonathan W. Skipp, Esq.**, Horr, Novak & Skipp, P.A., Suite 1001, One Datran Center, 9100 South Dadeland Blvd., Miami, Florida 33156, on this ___ day of March, 2001.

00-6101-CIV-HUCK

LAW OFFICES OF MICHAEL F. GUILFORD, P.A.
Attorneys for PLAINTIFF
Suite 315, 8603 South Dixie Highway
Miami, Florida 33143
Telephone: (305) 668-3226
Facsimile: (305) 668-9866

By: _____
MICHAEL F. GUILFORD
Florida Bar Number 516066