00-6101.o2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6101 CIV HUCK



ANGOLA SHIPPING LTD., BAHAMAS,

    Plaintiff,

vs.

M/V "SUN ECLIPSE", its engine, tackle,
appurtenances, etc., in rem,

    Defendant,

vs.

HVIDE MARINE, INC.,

    Third Party Defendant.
_____/

### ORDER GRANTING MOTION FOR PROTECTIVE ORDER

**This matter** is before this Court on Plaintiff's Motion for Protective Order, filed March 9, 2001. The Court has considered the motion, noted the lack of a response thereto, and considered all pertinent materials in the file. The failure to respond may be deemed grounds to grant the motion by default pursuant to Local Rule 7.1.C.

It is therefore **ORDERED AND ADJUDGED** that said motion be and the same is hereby



**GRANTED.**

**DONE AND ORDERED**, in Chambers, at Miami, Florida this 10th day of April, 2001.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc: Honorable Paul C. Huck
Allan R. Kelley, Esq.
Michael F. Guilford, Esq.
Jonathan W. Skipp, Esq.