UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

| | |
|---|---|
| ANGOLA SHIPPING LTD., BAHAMAS | |
| Plaintiff, | |
| v. | |
| M/V "SUN ECLIPSE," its engines, tackle appurtenances, etc., in rem, | CASE NO.: 00-6101-Civ-Zloch |
| Defendant, | |
| v. | |
| HVIDE MARINE, INC. | |
| Third Party Defendant. | |

**NOTICE OF ABSENCE FROM THE JURISDICTION**

COMES NOW counsel for Plaintiff, ANGOLA SHIPPING LTD., BAHAMAS, and notices his absence from the jurisdiction commencing May 24, 2001 through and inclusive of May 29, 2001 and August 13 through and inclusive of August 24, 2001. Counsel will be out of the jurisdiction during that period. Counsel for Plaintiff, ANGOLA SHIPPING LTD., BAHAMAS, would ask that no hearings or other business be scheduled during this period.

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.A.1

LAW OFFICES OF MICHAEL F. GUILFORD, P.A.
Attorneys for PLAINTIFF
Suite 315, 8603 South Dixie Highway
Miami, Florida 33143
Telephone: (305) 668-3226
Facsimile: (305) 668-9866

By: _____
MICHAEL F. GUILFORD
Florida Bar Number 516066

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via Mail and Facsimile to: **Alan R. Kelley, Esquire**, Fowler White Burnett Hurley Banick & Strickroot, P.A., 17th Floor, NationsBank Tower, 100 Southeast Second Street, Miami, Florida 33131 and **Jonathan Skipp, Esq.**, Horr, Linfors, Skipp & Novak, P.A., One Datran Center, Suite 1001, 9100 South Dadeland Blvd., Miami, Florida 33156-7866, on this /7th day of April 2001.

LAW OFFICES OF MICHAEL F. GUILFORD, P.A.
Attorneys for PLAINTIFF
Suite 315, 8603 South Dixie Highway
Miami, Florida 33143
Telephone: (305) 668-3226
Facsimile: (305) 668-9866

By: _____
MICHAEL F. GUILFORD
Florida Bar Number 516066