ENVELOPES NOT PROVIDED

NON-COMPLIANCE OF S.D. fla. L.R. 5.1B
NON-COMPLIANCE OF S.D. fla. L.R. 7.1.A.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

ANGOLA SHIPPING LTD., BAHAMAS,

    Plaintiff,

v.

M/V "SUN ECLIPSE," its engines, tackle, appurtenances, etc., in rem,

    Defendant,

v.

HVIDE MARINE, INC.,

    Third Party Defendant.

CASE NO. 00-6101-Civ-Huck

## MOTION FOR CONTINUANCE OF TRIAL AND TO EXTEND DEADLINES

COMES NOW the Claimant Owner, ISLAND REEF HOLDINGS LIMITED ("Island Reed"), by and through its undersigned counsel, and moves this honorable court for an order continuing the trial date of this matter and extending deadlines until at least October of this year, and in support thereof Island Reef states as follows:

1. Pursuant to this Court's September 7, 2000 Order Setting Civil Trial Date and Pretrial Schedule, calendar call in this matter is scheduled for May 30, 2001; trial is scheduled to commence during the two-week period commencing June 4, 2001.

CASE NO. 00-6101-Civ-Zloch

2. The parties to this action have been engaged in the exchange of information and documentation.

3. However, the Plaintiff in this matter, ANGOLA SHIPPING LTD., BAHAMAS ("Angola"), has failed to fully provide documents and discovery responses despite same being repeatedly requested by Island Reef.

4. Specifically, Angola has failed to fully provide documents and/or responsive answers to Island Reef's First Request for Production.[1]

5. The parties are unable to complete discovery prior to June 4, 2001 and are in need of additional time.

6. Therefore, Island Reef respectfully requests that the trial date be continued and that all deadlines be extended up to and including October 31, 2001.

7. In support of this motion and setting forth good cause for same, Island Reef will be filing an Affidavit.

8. The undersigned counsel certifies that he has conferred with Plaintiff's counsel regarding this Motion for Continuance of Trial and to Extend Deadlines, and that Plaintiff's counsel agrees to an extension of the discovery dealdlines but not a continuance of trial.

WHEREFORE, the Claimant/Owner prays that its Motion for Continuance of Trial and to Extend Deadlines be granted; that the trial of this matter be continued and that all deadlines be

---

[1] On February 6, 2001, Island Reef filed a Motion to Compel the production of said documents. On February 28, 2001, Angola filed a "Motion for Extension of Time to Respond to Defendant's Motion to Compel dated February 6, 2001". On March 2, 2001, this Court granted Angola's Motion. Only recently, Angola produced some of the requested invoices.

-2-

extended up to and including October 31, 2001; and for such other and further relief deemed just and proper under the circumstances.

Respectfully submitted,

/s/ Allan R. Kelley
Fla. Bar No. 309893
Michael A. Garcia
Fla. Bar No. 0161055
FOWLER, WHITE, BURNETT, HURLEY,
 BANICK & STRICKROOT, P.A.
Bank of America Tower, 17th Floor
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 7th day of May, 2001 to Michael F. Guilford, Esq., Michael Guilford, P.A., 8603 South Dixie Highway, Suite 315, Coral Gables, FL 33143-7807, and Jonathan W. Skipp, Esq., Horr, Linfors, Skipp & Novak, P.A., Suite 1001, One Datran Center, 9100 South Dadeland Boulevard, Miami, FL 33156.

/s/ Allan R. Kelley

[mag] W:\53082\MOTION28.MAG{5/7/1-15:54}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

| | |
|---|---|
| ANGOLA SHIPPING LTD., BAHAMAS,<br><br>　　Plaintiff,<br><br>v.<br><br>M/V "SUN ECLIPSE," its engines, tackle, appurtenances, etc., in rem,<br><br>　　Defendant,<br><br>v.<br><br>HVIDE MARINE, INC.,<br><br>　　Third Party Defendant. | CASE NO. 00-6101-Civ-Huck |

**AFFIDAVIT IN SUPPORT OF MOTION FOR CONTINUANCE OF TRIAL AND TO EXTEND DEADLINES**

STATE OF FLORIDA　　　　)
　　　　　　　　　　　　) ss:
COUNTY OF MIAMI-DADE　)

　　COMES NOW, James N. Hurley, Esq., who after having been duly sworn, deposes and says:

　　1.　My name isJames N. Hurley and I am over 18 years of age.

　　2.　This firm represents Claimant Owner, ISLAND REEF HOLDINGS LIMITED ("Island Reed"), in this matter. Allan R. Kelley is lead counsel but is currently out of the country and unable to execute this affidavit.

　　3.　Pursuant to this Court's September 7, 2000 Order Setting Civil Trial Date and

CASE NO. 00-6101-Civ-Zloch

Pretrial Schedule, calendar call in this matter is scheduled for May 30, 2001; trial is scheduled to commence during the two-week period commencing June 4, 2001.

4. The parties to this action have been engaged in the exchange of information and documentation.

5. However, the Plaintiff in this matter, ANGOLA SHIPPING LTD., BAHAMAS ("Angola"), has failed to fully provide documents and discovery responses despite same being repeatedly requested by Island Reef.

6. Specifically, Angola has failed to fully provide documents and/or responsive answers to Island Reef's First Request for Production.

7. The parties are unable to complete discovery prior to June 4, 2001 and are in need of additional time.

8. Island Reef thus requests that the trial date be continued and that all deadlines be extended up to and including October 31, 2001.

9. This continuance and extension is not sought to delay this matter, but is requested in good faith in order to provide the parties with additional time to complete discovery and engage in further settlement discussions.

**FURTHER AFFIANT SAYETH NAUGHT**

_____
James N. Hurley

CASE NO. 00-6101-Civ-Zloch

-3-

SUBSCRIBED AND SWORN to before me under oath by James N. Hurley on this 7th day of May, 2001 who is personally known to me or ☒ who has produced _____ as identification.

_MHagastume_
Notary Public, STATE OF Florida

Print Name: MARTHA A. SAGASTUME

My Commission Expires:.

OFFICIAL NOTARY SEAL
MARTHA A SAGASTUME
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC947508
MY COMMISSION EXP. JUNE 21,2004

[mag] W:\53082\AFFIDA68.MAG{5/7/1-15:57}