UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   : 00-6101-CIV-HUCK
JUDGE      :
TRIAL DATE: 06/04/01

ANGOLA SHIPPING LTD., BAHAMAS

    Plaintiff(s),      **MEDIATORS REPORT**

vs.

M/V "SUN ECLIPSE", ETC., ET AL.

    Defendant(s).



*********************************

COMES NOW David L. Sullivan, Esq., the undersigned certified Mediator from **FLORIDA MEDIATION GROUP** and reports to this Honorable Court:

The Mediation was held on: 05-01-2001 13:30.

\_\_\_\_\_  AN AGREEMENT WAS REACHED.

    \_\_\_\_ Mediation Agreement attached, with the parties consent.

__X__  No Agreement was reached; Impasse.

\_\_\_\_\_  The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before \_\_\_\_/\_\_\_\_/\_\_\_\_/ this matter shall be considered at an Impasse.

\_\_\_\_\_  A Post-Mediation Settlement was reached, as per information received on \_\_\_/\_\_\_/\_\_\_ from _____.

\_\_\_\_\_  Other: _____.

Certified Mediator, **FLORIDA MEDIATION GROUP - FMG# 0-41802**

( )                                    ( )
28 W. Flagler St.                      800 E. Broward Blvd.
10th Floor                             Suite 400
Miami, FL. 33130                       Ft. Lauderdale, FL. 33301
(305) 579-9990                         (954) 522-9991

Copies to:
Clerk of Court
Counsel of record
Parties, (if unrepresented)

5/1/2001

medrept.fed

NON-COMPLIANCE OF S.D. Fla. L.R. 51B