UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6101-CIV-HUCK

ANGOLA SHIPPING LTD., BAHAMAS,

    Plaintiff,

vs.

M/V "SUN ECLIPSE," its engines, tackle, appurtenances, etc., in rem,

    Defendant,

vs.

HVIDE MARINE, INC.,

    Third Party Defendant.
_____/



FILED by _____ D.C.

MAY 1 4 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER ON MOTION FOR CONTINUANCE AND SETTING STATUS CONFERENCE

THIS CAUSE is before the Court upon Claimant Owner, Island Reef Holdings Limited's Motion For Continuance of Trial and to Extend Deadlines. The Court having reviewed the Motion and being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion for Continuance and to Extend Deadlines is DENIED. It is

FURTHER ORDERED that a status conference will be held on **Thursday, May 17, 2001 at 2:30 p.m.** before the undersigned at 99 N.E. Fourth Street, 10th Floor, Courtroom 6, Miami, Florida, to discuss compliance with discovery and preparedness for trial.

DONE AND ORDERED at Miami, Florida this 14th day of May, 2001.

                                Paul C. Huck
                                United States District Judge

Copies furnished VIA FAX to:
Allan R. Kelley, Esq. (305-789-9201)
Michael F. Guilford, Esq. (305-668-9866)
Jonathan W. Skipp, Esq. (305-670-2526)