UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION



ANGOLA SHIPPING LTD., BAHAMAS

    Plaintiff,

v.

M/V "SUN ECLIPSE," its engines, tackle appurtenances, etc., in rem,

    Defendant,

v.

HVIDE MARINE, INC.,

    Third Party Defendant.

CASE NO.: 00-6101-Civ-Huck
Magistrate Judge Stephen Brown

## UNILATERAL PRETRIAL STIPULATION

COME NOW, the Plaintiff, ANGOLA SHIPPING LTD., BAHAMAS, by and through its undersigned counsel, and file this its Unilateral Pretrial Stipulation.

On May 1, 2001, at the close of mediation, Counsel for Plaintiff, Angola Shipping Ltd., requested Counsel for the other parties to forward to him their portions of the pretrial stipulation. On May 3, 2001, Counsel for Plaintiff, wrote to counsel for the other parties requesting that they e-mail their portions of the pretrial stipulation. On May 8, 2001, Counsel for Plaintiff forwarded to Counsel for the other parties a draft pretrial stipulation and again requested their portions of the stipulation. On May 15, 2001, Counsel for Plaintiff, again wrote to counsel for the other parties asking for their portions of the pretrial stipulation and advising that Counsel for Plaintiff would be out of town on

Joint Pretrial Stipulation
00-6101-CIV-HUCK

May 18, 2001, the due date, and requesting their portions before that time. To date, Counsel for Plaintiff has received no response from Counsel for the other parties. Therefore, Plaintiff files its unilateral pretrial stipulation.

I.   **SHORT CONCISE STATEMENT OF THE CASE BY EACH PARTY**

On January 14, 2000, at approximately 1412 hours, the *M/V/ Angola* was lying fast (secured) along berth 32 at Port Everglades, Florida. At that time, the *M/V Eclipse*, which was underway, allided with the *Angola* destroying the operator's cab of ship's crane #1 and significantly denting the side shell plate and damaging several internal supports. All of the damage has been repaired at a cost of $79,620.87.

The *M/V Sun Eclipse* was arrested on January 21, 2000.

The costs associated with the arrest, including substitute custodian fees, are approximately $5,365.30.

The Complaint requests an award of prejudgment interest

II.  **BASIS OF FEDERAL JURISDICTION**

Jurisdiction is based upon 28 USC §1333(1) and Rule 9(h) of the Federal Rules of Civil Procedure.

III. **PLEADINGS RAISING THE ISSUES**

The pleadings raising the issues are:

A.   Verified Complaint in admiralty of Angola Shipping, Ltd.;

B.   Answer and Affirmative Defenses to Complaint and Third Party Complaint of Island Reef Holdings Limited, owners of the *M/V Sun Eclipse*;

2

Joint Pretrial Stipulation<br>00-6101-CIV-HUCK

    C.    Answer and Affirmative Defenses to Third Party Complaint and Counterclaim for Indemnification of Third Party Hvide Marine, Inc.; and

    D.    Answer and Affirmative Defenses of Island Reef Holdings, Limited, to Counterclaim of Hvide Marine, Inc..

## IV. LISTING OF ALL UNDISPOSED MOTIONS OR OTHER MATTERS REQUIRING ACTION BY THE COURT

NONE

## V. CONCISE STATEMENT OF UNCONTESTED FACTS

    A.    On January 14, 2000, the *M/V Angola* lay safe in her berth at Port Everglades, Florida.

    B.    At approximately 1412 hours the *M/V Sun Eclipse* came into contact allided with the *M/V Angola*.

    C.    As a result of the contact, the operator's cab of crane #1 was destroyed.

    D.    The *M/V Sun Eclipse* is liable for the damages caused by the contact.

## VI. ISSUES OF FACT WHICH REMAIN TO BE LITIGATED AT TRIAL

    A.    Whether the contact caused damage to the port side shell plate and internals.

    B.    The costs associated with the inspection and repair of the damage caused by the contact.

## VII. ISSUES OF LAW ON WHICH THERE IS AGREEMENT

    A.    The Federal Rules of Evidence and Civil Procedure apply in this case.

    B.    The relationship of the Plaintiff and Defendant, Island Reef Holdings, Limited, is governed by the General Maritime Law of the United States.

## VIII. ISSUES OF LAW WHICH REMAIN FOR DETERMINATION BY THE COURT

NONE.

Joint Pretrial Stipulation
00-6101-CIV-HUCK

IX. **PLAINTIFF'S TRIAL EXHIBIT LIST**

Plaintiff's list of trial exhibits (other than impeachment exhibits) with objections thereto, if any, is attached hereto as Exhibit A.

X. **PLAINTIFF'S LIST OF TRIAL WITNESSES**

Plaintiff's list of trial witnesses (other than impeachment witnesses) with objections thereto, if any, is attached hereto as Exhibit B.

XI. **ESTIMATED TRIAL TIME**

Plaintiff believes it will take three (3) trial days to complete the trial of this matter.

XII. **ESTIMATE OF MAXIMUM AMOUNT OF ATTORNEY'S FEES PROPERLY ALLOWABLE TO PREVAILING PARTY**

Plaintiff contends it is entitled to fees in accordance with 28 USC§1927 for vexatious litigation and in accordance with the decision in *Vaughan v. Atkinson*, 369 U.S. 527 (1962) (Bad faith litigation).

XIII. **STIPULATIONS BY COUNSEL**

A. NONE.

Dated on 17th day of May, 2001.

LAW OFFICES OF MICHAEL F. GUILFORD, P.A.
Attorney for Angola Shipping, Ltd.
Suite 315, 8603 South Dixie Highway
100 Southeast Second Street
Miami, Florida 33143
Telephone: (305) 668-3226
Facsimile: (305) 668-9866

By: _____
    MICHAEL F. GUILFORD, ESQ.
    Florida Bar Number 516066

4

# EXHIBIT A
## EXHIBIT LIST OF PLAINTIFF, ANGOLA SHIPPING LTD., BAHAMAS

| No. | Obj. | Date | Originator | Pages | Description |
|---|---|---|---|---|---|
| 1 | | | | 4 | Invoice of Dolphin 1 Co. Ltd., for repairs to M/V Angola (port charges) |
| 2 | | | | 2 | Disbursement Account N008/2001 |
| 3 | | 4/4/01 | | | Superintendent Expense memo |
| 4 | | | | 1 | Dolphin 1 Co., Ltd., Invoice for repairs to Angola (steel materials) |
| 5 | | | | 2 | Dolphin 1 Co., Ltd., Steel drawings |
| 6 | | 1/24/00 | | 1 | Invoice of James McCrory |
| 7 | | | | 1 | Invoice of Maritime Procurement Services, Ltd. |
| 8 | | | | 3 | Invoice of Lloyds Register |
| 9 | | 12/16/99 | | 1 | Quarterly listing of Surveys, Conditions of Class and Memoranda |
| 10 | | 3/4/00 | | 1 | Off Hire Credit Memo #2000/04B |
| 11 | | 3/2/00 | | 1 | SMCO Invoice |
| 12 | | 2/4/00 | | | Lloyds Provisional Issue certificate |
| 13 | | 1/14/00 | | | Lloyds Provisional Issue certificates |
| 14 | | | | | Annual Through Examination |
| 15 | | 2/7/00 | | 9 | SMCO survey |
| 16 | | | | | SMCO Survey enclosures to Survey report with 14 sections |
| 17 | | | | 37 | SMCO Survey photographs |
| 18 | | | | | Log book excerpt for day of allision |
| 19 | | 2/7/00 | | 107A | Invoice of Norse Diesel Repair Miami |
| 20 | | 2/16/00 | | | Invoice of MacGregor Global Services #1100000364 |
| 21 | | 2/9/00 | | | MacGregory Technical Report |
| 22 | | | | | MacGregory Working Order/Time Sheet Order #231018886 |
| 23 | | | | | All exhibits identified by any other party in its exhibit list |
| 24 | | | | | All depositions and their enclosures in this matter |
| 25 | | | | | Plaintiff reserves the right to supplement its exhibit list as additional information is acquired during ongoing discovery. |

A. Authenticity
I. Contains inadmissible matter (mentions, insurance, prior conviction, etc.)
R. Relevancy
H. Hearsay
UP. Unduly prejudicial –probative value outweighed by undue prejudice)
P. Privilege

# EXHIBIT B
## PLAINTIFF'S WITNESS LIST

1. Mr. Tom Morin, Crowley American Transport, Inc.
   4300 Macintosh Road
   Port Everglades, Florida 33316

2. Martin Castelino, Maritime Consulting, Inc.
   14750 SW 95th Avenue
   Miami, Florida 33176

3. Erik Kappelin, surveyor, Scandinavian Marine Claims Office
   250 Catalonia Avenue, Suite 304
   Coral Gables, Florida 33134

4. Representative of Lloyds Register
   100 North Biscayne Blvd.
   Miami, Florida

5. Mac Arison
   F.H. Bertling
   Reederei GmbH
   Ost West Strasse 49
   20457 Hamburg
   Germany

6. Corporate Representative
   F.H. Bertling
   Reederei GmbH
   Ost West Strasse 49
   20457 Hamburg
   Germany

7. Adain Sabramonicy
   F.H. Bertling
   Reederei GmbH
   Ost West Strasse 49
   20457 Hamburg
   Germany

8. Captain J. Wesserling, Master of ANGOLA

9. Corporate Representative of African Services, DK, A/S
   8 Dronningens Tvaergade
   DK-1302 Copenhagen K

00-6101-CIV-ZLOCH

10. All witnesses identified by any other party in its witness list,

11. Impeachment witnesses.

12. Plaintiff reserves the right to supplement its witness list as additional information is acquired during ongoing discovery.