UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6101-CIV-HUCK

ANGOLA SHIPPING LTD., BAHAMAS,

    Plaintiff,

vs.

M/V "SUN ECLIPSE," its engines, tackle, appurtenances, etc., in rem,

    Defendant,

vs.

HVIDE MARINE, INC.,

    Third Party Defendant.
_____/



FILED by _____ D.C.
MAY 24 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER ON NOTICE OF SETTLEMENT

THIS MATTER is before the Court upon Michael Guilford Esq.'s telephonic notice to the Court indicating ALL parties have reached a settlement agreement. It is hereby

ORDERED AND ADJUDGED that

1. The parties shall file a Stipulation of Settlement, a proposed Order of Dismissal or Final Judgment, and any other pertinent documents necessary to conclude this action within thirty (30) days of the date of this Order.

2. All pending motions are DENIED as moot.

DONE AND ORDERED at Miami, Florida this 23rd day of May, 2001.

                            Paul C. Huck
                            United States District Judge

Copies furnished to:
Allan R. Kelley, Esq.
Michael F. Guilford, Esq.
Jonathan W. Skipp, Esq.