00-6101.oa

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6101 CIV HUCK

ANGOLA SHIPPING LTD., BAHAMAS,

    Plaintiff,

vs.

M/V "SUN ECLIPSE", its engine, tackle, appurtenances, etc., in rem,

    Defendant,

vs.

HVIDE MARINE, INC.,

    Third Party Defendant.
_____/



FILED by _____ D.C.
MAG. SEC.

MAY 24 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

### ORDER GRANTING MOTION TO COMPEL

**This matter** is before this Court on claimant owner's Motion to Compel, filed February 7, 2001. The Court has considered the motion, noted the lack of a response thereto, and considered all pertinent materials in the file. The failure to respond may be deemed grounds to grant the motion by default pursuant to Local Rule 7.1.C. Plaintiff filed a motion for extension of time, which was granted through and including March 30, 2001. However, no response was filed.

It is therefore **ORDERED AND ADJUDGED** that said motion be and the same is hereby



**GRANTED.** Plaintiff shall produce the documents requested within five (5) days from the date of this order.

It is further **ORDERED AND ADJUDGED** that plaintiff shall have five (5) days from the date of this order to show good cause, in writing, why sanctions should not be imposed for the necessity of the filing of the motion to compel and the failure to respond thereto.

**DONE AND ORDERED**, in Chambers, at Miami, Florida this 23rd day of May, 2001.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc: Honorable Paul C. Huck
Allan R. Kelley, Esq.
Michael F. Guilford, Esq.
Jonathan W. Skipp, Esq.