UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

NIGHT
FILED

JUN 1 , 20

CLARENCE MADL
CLERK, USDC / SDFL

| | |
|---|---|
| ANGOLA SHIPPING LTD., BAHAMAS,<br><br>  Plaintiff,<br><br>v.<br><br>M/V "SUN ECLIPSE," its engines, tackle, appurtenances, etc., in rem,<br><br>  Defendant,<br><br>v.<br><br>HVIDE MARINE, INC.,<br><br>  Third Party Defendant. | CASE NO. 00-6101-Civ-Huck<br><br><br><br><br><br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW all parties herein, by and through the undersigned attorneys, and show unto the Court that all matters in dispute between the parties hereto have been amicably resolved.

WHEREFORE, all parties petition this Court for an Order dismissing this cause with prejudice, each party to bear its own costs, expenses and attorneys' fees.

DATED: ~~May~~ June 19, 2001.


_____
Allan R. Kelley
Fla. Bar No. 309893
FOWLER WHITE BURNETT
Attorneys for Defendant the "SUN ECLIPSE"
and Claimant/Owner, Island Reef Holdings Limited
Bank of America Building, 17th Floor
100 Southeast Second Street
Miami, Florida 33131
Tel: (305) 789-9208

_____
Michael F. Guilford
Fla. Bar No. 516066
LAW OFFICES OF MICHAEL F.
 GUILFORD, P.A.
Attorneys for Plaintiff
8603 South Dixie Highway, Suite 315
Miami, Florida 33143
Tel: (305) 668-3226

CASE NO. 00-6101-Civ-Zloch

-2-

*[signature]*
Jonathan W. Skipp
Fla. Bar No. 710570
HORR, LINFORS, SKIPP & NOVAK, P.A.
Attorneys for Third-Party Defendant Hvide
Marine, Inc.
One Datran Center, Suite 1001
9100 South Dadeland Boulevard
Miami, Florida 33156-7866
Tel: (305) 670-2525

[clk] W:\53082\STIPUL00.ARK {5/23/1-11:38}