**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION



FILED by _CR_
JUN 20 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

ANGOLA SHIPPING LTD., BAHAMAS,

    Plaintiff,

v.

M/V "SUN ECLIPSE," its engines, tackle, appurtenances, etc., in rem,

    Defendant,

v.

HVIDE MARINE, INC.,

    Third Party Defendant.

CASE NO. 00-6101-Civ-Huck

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court upon the Stipulation for Dismissal With Prejudice, and it appearing unto the Court that the subject cause has been amicably settled, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed, with prejudice, each party to bear its own costs, expenses and attorneys' fees.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on this _20th_ day of June, 2001.

                                              HONORABLE PAUL HUCK
                                              United States District Judge

Copies furnished to:

Michael F. Guilford, Esq.
Allan R. Kelley, Esq.
Jonathan W. Skipp, Esq.

[clk] W:\53082\ORDER628.ARK{6/19/1-14:42}